**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States, <br><br> PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr, <br><br> PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and <br><br> KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, <br><br> Defendants. | Civil Action No. 20-1132 (JDB) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff NAACP Legal Defense & Educational Fund, Inc. hereby moves this Court to grants Plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. There is no genuine dispute of any material fact relevant to any Plaintiff's claims as set forth below:

1

1.      Through an Executive Order, President Trump directed Attorney General Barr to create the Presidential Commission on Law Enforcement and the Administration of Justice (the "Commission") through an internal memorandum titled Implementation Memorandum for Heads of Department ("Implementation Memo") on January 21, 2020.

2.      The Commission is tasked with addressing a wide range of issues related to law enforcement and the administration of justice in this country, including conducting a "modern fresh evaluation of the salient issues affecting American law enforcement and the communities they protect."

3.      The Commission's own documents and public records make clear that it is subject the requirements of the Federal Advisory Committee Act ("FACA"). Nevertheless, it is operating in direct violation of several of FACA's requirements.

4.      The Commission's composition is not fairly balanced; all of the Commission's members are current or former law enforcement officials, and many have expressed strong opposition to police accountability measures and criminal justice reform. The Commission does not include any civil rights organizations, such as Plaintiff, that work on issues of police violence against vulnerable communities and focus on criminal justice and law enforcement reform.

5.      The Commission has not posted notice of any of its meetings in the Federal Register, as the statute requires.

6.      Nor has the Commission filed its charter with all required entities or designated a federal officer to ensure adequate oversight.

7.      There can be no genuine dispute of material facts that the Commission is subject to FACA and has failed to comply with its requirements. Judicially noticeable records establish that

the Commission is not fairly balanced, has not provided timely notice in the Federal Register, and has not published a charter or designated a federal officer for the Commission.

8.   Thus, based upon the accompanying Statement of Undisputed Material Facts; Declaration of Monique L. Dixon, sworn to on May 28, 2020, and all exhibits thereto; Declaration of Natasha C. Merle, sworn to on May 28, 2020, and all exhibits thereto; and Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Plaintiff is entitled to summary judgment on its claims. A Proposed Order is attached for the Court's consideration, pursuant to Local Civil Rule 7(c) of this Court.

Dated: May 28, 2020
New York, NY

/s/ Natasha C. Merle
Samuel Spital, Bar No. SS4839
Natasha C. Merle*
Ashok Chandran*
Steven Lance**
**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
sspital@naacpldf.org
nmerle@naacpldf.org
achandran@naacpldf.org
slance@naacpldf.org

*admitted *pro hac vice*
**pro hac vice* application pending

3