UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States, <br><br> PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr, <br><br> PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and <br><br> KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, <br><br> Defendants. | Civil Action No. 20-1132 (JDB) |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7.1(h), Plaintiff NAACP Legal Defense & Educational Fund, Inc. ("LDF" or "Plaintiff") submits this statement of material facts over which there is no dispute:

1. President Donald J. Trump signed an Executive Order on October 28, 2019, in which he directed Defendant William P. Barr to establish a commission to study law enforcement and the administration of justice. *See* Merle Decl. Ex. 1.[1]

2. Defendant William P. Barr established the Presidential Commission on Law Enforcement and the Administration of Justice ("Commission") on January 21, 2020. *See* Merle Decl. Ex. 2.

3. In a Memorandum to Heads of Department Components dated January 21, 2020, Defendant Barr described the Commission's duties and responsibilities. *Id.*

4. Pursuant to that memorandum, the Commission is directed to study "the salient issues affecting American law enforcement and the communities they protect." *Id.* at 1. To do so, the Commission is directed to "solicit input from practitioners, subject matter experts, public interest organizations, and other stakeholders . . . ." *Id.* at 2.

5. Attorney General Barr appointed the following eighteen individuals as Commission members: Phil Keith, Retired Police Officer and Director, Office of Community Oriented Policing Services; Katharine Sullivan, Principal Deputy Assistant Attorney General, Office of Justice Programs; David Bowdich, Deputy Director, Federal Bureau of Investigations; James Clemmons, Sheriff of Richmond County, North Carolina; Chris Evans, Chief of Operations, Drug Enforcement Agency; Frederick Frazier, City Councilman at Large of McKinney, Texas; Robert Gualtieri, Sheriff of Pinellas County, Florida; Gina Hawkins, Chief of Fayetteville, North Carolina Police Department; Regina Lombardo, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Erica MacDonald, United States Attorney for the

---

[1] Citations to "Merle Decl." refer to the Declaration of Natasha C. Merle, sworn to on May 28, 2020, and filed herewith.

District of Minnesota; Ashley Moody, Florida Attorney General; Nancy Parr, Commonwealth's Attorney, Chesapeake, Virginia; Craig Price, South Dakota Secretary of Public Safety; Gordon Ramsay, Chief of the Wichita, Kansas Police Department; David Rausch, Director of the Tennessee Bureau of Investigation; John Samaniego, Sheriff of Shelby County, Alabama; James Smallwood, Police Officer, Metropolitan Nashville Police Department; and Donald Washington, United States Marshals Service. *Id.* at 3–4.

6. Seven (7) of Commission members are federal employees; the remaining eleven (11) members are elected state or local officials, or their designees.

7. The Commission includes 15 working groups which are tasked with studying the following topics: social problems impacting public safety, law enforcement recruitment and training, rural and tribal law enforcement, police officer health, grant programs, technology, respect for law enforcement, business and community development, reduction of crime, criminal justice system personnel intersection, juvenile delinquency and youth crime, victim services, data and reporting, re-entry programs and initiatives, and homeland security. *Id.* at 5–6.

8. The Commission does not include representatives of any civil rights organizations that have experience working on issues related to police accountability or criminal justice reform.

9. The Commission's ultimate duty is to submit, by October 28, 2020, a final report containing "a summary of the Commission's actions to investigate the issues identified, an analysis of the information received by the Commission, and the recommendations of the Commissioners." *Id.* at 6.

10. In February 2020, LDF learned from the Commission's website that the Commission was soliciting public comments, which were to be submitted by May 31, 2020. Dixon Decl.[2] ¶¶ 6–7 & Ex. A.

11. The Commission did not post this deadline in the Federal Register. Merle Decl. Ex 19.

12. In March 2020, the Commission moved the deadline for submission of public comments up to March 31, 2020. Dixon Decl. ¶ 8.

13. The Commission did not publish notice of this shortened deadline in the Federal Register. Merle Decl. Ex. 19.

14. Given the shortened timeline, LDF submitted an abbreviated comment raising, among other things, concerns over the shortened deadline. Dixon Decl. ¶ 9 & Ex. B.

15. On April 14, 2020, LDF received a letter via electronic mail from the Commission chair and vice chair, stating that the deadline for submission of public comments was extended through April 30, 2020. Dixon Decl. ¶¶ 10–11 & Ex. D.

16. LDF filed a supplemental comment on April 29, 2020. Dixon Decl. Ex. E. Corrected versions of both LDF submissions were filed on May 20, 2020. Dixon Decl. Exs. C & F.

17. The Commission did not publish notice of this extended deadline in the Federal Register. Merle Decl. Ex. 19.

18. The Commission held its first hearing on February 27, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*,

---

[2] Citations to "Dixon Decl." refer to the Declaration of Monique L. Dixon, sworn to on May 28, 2020, and filed herewith.

4

https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

19. The Commission held its second hearing on March 24–26, 2020 and March 31–April 2, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

20. The Commission held its third hearing on April 7–9, 2020, April 14–16, 2020, and April 21–22, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

21. The Commission held its fourth hearing on April 23, 2020 and April 28–29, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register, Dixon Decl. ¶ 15.

22. The Commission held its fifth hearing on April 30, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

23. The Commission held its sixth hearing on May 7–9, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

24. The Commission held its seventh hearing on May 12–14, 2020, *see* United States Dep't of Justice, Presidential Commission on Law Enforcement, *Hearings*, https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice/hearings (last visited May 27, 2020), without publishing notice of this hearing on the Commission website or in the Federal Register. Dixon Decl. ¶ 15.

25. The Commission's charter is not filed with the Library of Congress. Merle Decl. Ex. 21.

26. The Commission's charter is not filed with the Secretariat of the General Services Administration. Merle Decl. Ex. 20.

27. The Commission's charter is not filed with the relevant standing committees of Congress, which rely on the FACA Database maintained by the Secretariat of the General Services Administration "to perform oversight of related executive branch programs[.]" *FACA Database*, Gen. Servs. Admin., https://www.gsa.gov/policy-regulations/policy/federal-advisory-committee-management/faca-database (last visited May 28, 2020).

28. The Commission has not posted the name or contact information of a Designated Federal Officer on its website, nor has it published information about any Designated Federal Officer in the Federal Register. Merle Decl. Ex. 19.

Dated: May 28, 2020
       Washington, D.C.

                                 Respectfully submitted,

                                 /s/ Natasha C. Merle
                                 Samuel Spital, Bar No. SS4839
                                 Natasha C. Merle*
                                 Ashok Chandran*
                                 Steven Lance**
                                 **NAACP LEGAL DEFENSE &**
                                 **EDUCATIONAL FUND, INC.**
                                 40 Rector St., 5th Floor
                                 New York, NY 10006
                                 Tel.: (212) 965-2200
                                 Fax.: (212) 226-7592
                                 sspital@naacpldf.org
                                 nmerle@naacpldf.org
                                 achandran@naacpldf.org

                                 *admitted *pro hac vice*
                                 **pro hac vice* application pending