UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States,<br><br>PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr,<br><br>PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and<br><br>KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice,<br><br>　　　　　　　Defendants. | Civil Action No. 20-1132 |

### DECLARATION OF NATASHA C. MERLE

NATASHA C. MERLE declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1. I am a Senior Counsel at the NAACP Legal Defense & Educational Fund, Inc. ("LDF" or "Plaintiff") and Counsel for Plaintiff. I am barred in New York and Texas and have been admitted *Pro Hac Vice* in the above-captioned matter. I submit this declaration on behalf of

Plaintiff to provide true and correct copies of certain listed exhibits attached hereto and submitted in support of Plaintiff's Motion for Summary Judgment.

2. **Exhibit 1** is a true and correct copy of the President's Executive Order 13,896, dated October 28, 2019, and available at: https://www.govinfo.gov/content/pkg/FR-2019-11-01/pdf/2019-24040.pdf.

3. **Exhibit 2** is a true and correct copy of Attorney General William P. Barr's Implementation Memorandum for Heads of Department Components, with subject line, "The Commission on Law Enforcement and the Administration of Justice," dated January 21, 2020, and available at: https://www.justice.gov/ag/page/file/1236906/download.

4. **Exhibit 3** is a true and correct copy of an excerpt from the "Summary" document made available on the Commission's website for Part 1 of Hearing 2, pertaining to meetings held by the Commission on March 24–26, 2020. The complete document is available at: https://www.justice.gov/ag/page/file/1269111/download.

5. **Exhibit 4** is a true and correct copy of an excerpt from the "Agenda, Witness Bios and Testimony" document made available on the Commission's website for Part 1 of Hearing 2, pertaining to meetings held by the Commission on March 24–26, 2020. The complete document is available at: https://www.justice.gov/ag/page/file/1269111/download.

6. **Exhibit 5** is a true and correct copy of an excerpt from the transcript of the Commission's March 24, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1264646/download.

7. **Exhibit 6** is a true and correct copy of an excerpt from the transcript of the Commission's March 25, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1264651/download.

8. **Exhibit 7** is a true and correct copy of an excerpt from the "Summary" document made available on the Commission's website for Part 2 of Hearing 2, pertaining to meetings held by the Commission on March 31–April 2, 2020. The complete document is available at: https://www.justice.gov/ag/page/file/1275676/download.

9. **Exhibit 8** is a true and correct copy of an excerpt from the "Agenda, Witness Bios and Testimony" document made available on the Commission's website for Part 2 of Hearing 2, pertaining to meetings held by the Commission on March 31–April 2, 2020. The complete document is available at: https://www.justice.gov/ag/page/file/1275666/download.

10. **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the Commission's April 2, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1266736/download.

11. **Exhibit 10** is a true and correct copy of an excerpt from the "Summary" document made available on the Commission's website for Part 2 of Hearing 3, pertaining to meetings held by the Commission on April 14–16, 2020. The complete document is available at: https://www.justice.gov/ag/page/file/1277526/download.

12. **Exhibit 11** is a true and correct copy of an excerpt from the transcript of the Commission's April 14, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1270041/download.

13. **Exhibit 12** is a true and correct copy of an excerpt from the transcript of the Commission's April 22, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1272816/download.

14. **Exhibit 13** is a true and correct copy of an excerpt from the transcript of the Commission's April 15, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1270036/download.

15. **Exhibit 14** is a true and correct copy of an excerpt from the transcript of the Commission's March 26, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1264656/download.

16. **Exhibit 15** is a true and correct copy of an excerpt from the transcript of the Commission's April 1, 2020 meeting. The complete document is available at: https://www.justice.gov/ag/page/file/1266271/download.

17. **Exhibit 16** is a true and correct copy of the Commission's webpage, downloaded as a PDF, which includes a heading titled "Statement from Attorney General Barr on the Establishment of the Presidential Commission," dated January 22, 2020, and available at: https://www.justice.gov/ag/presidential-commission-law-enforcement-and-administration-justice.

18. **Exhibit 17** is a true and correct copy of an excerpt from the report of the President's Commission on Law Enforcement and Administration of Justice, titled "The Challenge of Crime in a Free Society," and dated February 1967. The complete document is available at: https://www.ncjrs.gov/pdffiles1/nij/42.pdf.

19. **Exhibit 18** is a true and correct copy of an excerpt from a paper prepared for the Department of Justice's Office of Justice Programs and Office of Community Oriented Policing Services by Joseph Foote in 1997 and titled "The Challenge of Crime in a Free Society: Looking Back . . . Looking Forward: An Overview for the Symposium on the 30th Anniversary of the President's Commission on Law Enforcement and Administration of Justice." The paper was

reprinted within "The Challenge of Crime in A Free Society: Looking Back Looking Forward," a Department of Justice publication dated May 1998. The complete document is available at: https://www.ncjrs.gov/pdffiles1/nij/170029.pdf.

20.     **Exhibit 19** is a true and correct copy of a screenshot taken of the results page returned from a search for "Presidential Commission on Law Enforcement and the Administration of Justice" on the website of the Federal Register, https://www.federalregister.gov/, conducted on May 28, 2020, along with the two results generated from the search.

21.     **Exhibit 20** is a true and correct copy of a screenshot taken of the results page returned from a search for "Presidential Commission on Law Enforcement and the Administration of Justice" on the website of the FACA Database maintained by the Secretariat of the General Services Administration, https://www.facadatabase.gov/FACA/FACAPublicPage, conducted on May 27, 2020.

22.     **Exhibit 21** is a true and correct copy of a screenshot taken of the results page returned from a search for "Presidential Commission on Law Enforcement" on the website for the Federal Advisory Committee Collection maintained by the Library of Congress, https://www.loc.gov/rr/news/coll/fac.html, conducted on May 28, 2020.

Executed this 28th day of May, 2020.

/s/ Natasha C. Merle
NATASHA C. MERLE