# EXHIBIT 7

**U.S. DEPARTMENT OF JUSTICE**

# President's Commission on Law Enforcement and the Administration of Justice

### HEARING THREE (Days 1-3)
### SOCIAL PROBLEMS IMPACTING PUBLIC SAFETY
### Conference Call
Homelessness, Programming, and Substance Use Panels
March 31 – April 2, 2020

**Summary**

**Call to Order and Welcome**

Chair Phil Keith welcomed the attendees to the third hearing of the President's Commission on Law Enforcement and the Administration of Justice. On behalf of Attorney General Barr and his leadership team, he expressed their appreciation for everyone's flexibility to attend the hearing. Chair Keith greeted and thanked everyone for attending the teleconference. Chair Keith also thanked several staff members who supported and facilitated the organization and the coordination of the hearings.

> **The Promise**
>
> "The homeless need a warm bed and regular meals and medication. It's such a better alternative than sleeping on cardboard or on concrete or talking to somebody who's not there."
>
> *John Ashmen*

**Opening Statements by Commissioners**

Chair Keith opened by explaining that the three days of hearings, March 31 through April 2, would focus on social problems impacting public safety, including how homelessness and substance use impact public safety and Federal Programming and funding available to address them. The first day's hearings focused on Homelessness. Witnesses for the hearing included Chief Mike Brown, Salt Lake City Police Department; Mr. John Ashmen, President of Citygate Network; and Chief Brian Redd, Utah Bureau of Investigation.

**Note**: Prior to the hearing, panelists' biographies and written testimonies were delivered to the Commissioners for their consideration and review.



- More detox facilities and treatment beds are needed. Beds need to be available. Access to more inpatient psychiatric care is also needed along with affordable insurance and Medicaid expansion.
    - Vouchers to private services or state-funded facilities are a key piece of addressing underlying issues leading to homelessness.
- There is a need for more housing, specifically supportive housing options, with social workers in the apartment complex or assigned to the person to help them maintain their housing.
- All evidence-based interventions indicate that case managers are a critical component for unsheltered people to achieve the best outcome over time.
- Educate communities about the complex system of homeless outreach. Stakeholder engagement and coordination is a crucial factor to achieve client advocacy.
- Implement evidence-based interventions. Interventions as those outlined and employed in Salt Lake City can have a benefit of more than $58 per every dollar spent.
    - Studies also show that every dollar spent on substance use disorder treatment saves $4 in healthcare costs and $7 in criminal justice costs.

*Second Panelist: John Ashmen, President of Citygate Network*

*Highlights:*

- There are reasons for homelessness. One solution often focused on in most programs is the lack of affordable housing. Even though experience reveals that homelessness is a multifaceted problem that requires a multifaceted solution.
- When individuals are not adequately punished for the crimes committed, nothing is going to change.
- It's very important for police officers to be trained in trauma-informed care.
- Police officials should not be made into sanitation workers or be put on "poop patrol" if sanitation workers don't show up. That's just not what officers should be doing.
- Half of America saw the movie, "One Flew Over the Cuckoo's Nest," and thought it was a documentary and got freaked out. The homeless need a warm bed and regular meals and medication. It's such a better alternative than sleeping on cardboard or on concrete or talking to somebody who's not there.

> "Homelessness is a multifaceted problem that needs a multifaceted solution. And that multifaceted solution needs to take into consideration all of the problems that we're dealing with here. It's a lack of education, lack of job skills, wage disparity, mental illness, and recreational marijuana."
>
> *John Ashmen*

*Recommendations:*

- Do not criminalize homelessness, but do enforce the law.
- Communities need to look at establishing more alternatives, like the diversion court system.
- Give youth opportunities to participate in alternative options, rather than jail.
- The police force needs special training on how to handle people who are in the homeless community.

- o   That specialization isn't seen very often and is lacking. Departments need to go in that direction and acknowledge people who have had this kind of training.

*Third Panelist: Chief Brian Redd, Utah Bureau of Investigation*

*Highlights:*

- Operation Rio Grande is a program that was created in 2017. It focuses on reducing crime and social disorder in the Rio Grande District in Salt Lake City.
    - o   The program closed a large 1,000-bed emergency shelter in the Rio Grande District.
    - o   The encampment of over 2,000 individuals formed around the emergency shelter is gone.
    - o   It then developed three smaller resource centers to improve delivery of services in a safer environment.
- Chief Redd was given the responsibility to help develop a law enforcement strategy in cooperation with the Salt Lake City Police Department that would rid the area of social disorder, crime, and victimization.
- Chief Redd's relationship with Chief Brown and area service providers is critical for the effective delivery of services and public safety for vulnerable populations, including the homeless.
- Operation Rio Grande has a three-pronged approach, including law enforcement response, treatment and housing focus, and a dignity of work phase designed to help individuals become self-sufficient.
    - o   The purpose is to create a safe environment, increase treatment resources, and deliver opportunities for long-term stabilization for individuals.
- Operation Rio Grande is an attempt to allow for a safe environment for people to make change.
- From the law enforcement perspective, officials focused on two main objectives: to reduce crime and improve public safety and to connect people to services. This was accomplished by increasing the uniform presence and foot patrols in the Rio Grande District.
- Specialized criminal enforcement teams have been used to root out the drug distribution networks.
- The legal encampment no longer exists in the Rio Grande District, and the shelter is now closed.
- Hundreds of individuals are being connected to services.

> "Accountability to the law and support to individuals struggling with addiction and mental health issues are not mutually exclusive. Both can be accomplished and I feel like our officers did very well in holding individuals accountable while supporting them in their individual needs."
>
> *Chief Brian Redd*

*Recommendations:*

- Encourage more information sharing, data collection, and collaboration between police, treatment and service providers is critical to public safety, helping people and addressing the overutilization of the criminal justice and crisis service systems.
- Environmental improvements and regular clean-ups are necessary for safety and public health. Outreach to the community and transparency is necessary and helpful.

## Panel Three - Substance Use - April 2, 2020

Mr. Phil Keith, Chair, discussed that the focus continues to be on social problems that are impacting public safety. Commissioners were encouraged to take notes for questions during the panelists' presentations. It was announced that Mr. Carson Fox, Mr. Michael Sena, and Sheriff Peter Koutoujian would offer their testimony, immediately followed by questions from the Commissioners. The session would then continue with the expert testimony of U.S. Attorney Michael Stewart and Orange County Probation Chief Deputy Susan DeLacy.

*First Panelist: Carson Fox, Chief Executive Officer of the National Association of Drug Court Professionals (NADCP)*

*Highlights:*

- The NADCP is the membership, training, and advocacy organization for the over 4,000 treatment courts across the United States, including but not limited to adults and juveniles.

- Law-enforcement plays a crucial role in the success of treatment courts around the nation.

- Law enforcement is on the front lines of the nation's addiction epidemic, therefore to stop the crisis, the role of law enforcement is paramount.

- The ongoing support and partnership with law enforcement in implementing and supporting treatment solutions is a necessity.

- In communities where treatment court thrives, it is the support of law enforcement that makes the key difference.

- Research shows that the involvement of law enforcement is associated with an 80 percent reduction of recidivism relative to courts that do not have law enforcement representation.

- With support from the Bureau of Justice Assistance last year, NADCP worked with law enforcement officers to develop and pilot a new curriculum to train law enforcement on the fundamentals of treatment courts, crisis intervention, building community linkages, and understanding and addressing secondary trauma.

- Law enforcement works with other criminal justice and health care professionals in treatment courts and play an important role in treating addiction.

- Research shows a tremendous amount of success from drug courts noting they were the most successful intervention method for high risk/high need individuals.

- Adult drug court was successful for the population that no other intervention had ever been successful with. There is an 88 percent recidivism rate among defendants who do not have access to treatment courts.

> **The Promise**
>
> "The young man was struggling with addiction and he broke into a home… He later discovered the home belongs to none other than the Charleston Chief of Police. The young man was arrested and it was determined he had a substance use disorder, and he was given an opportunity to participate in drug court… The chief followed the young man's progress, as he participated in intense substance use treatment and was subjected to close supervision and strict accountability. With help from the program, the young man found a job. He surprised the Chief by handing him a restitution check for over $1,100."
>
> *Carson Fox*

*Recommendations:*

- Encourage law-enforcement to be active members of their treatment court and work closely with treatment court teams to ensure the total population is served.

- Encourage, at the national level, the continued education on treatment court best practices, so that all treatment courts follows the research to achieve the best possible outcomes and recognize the invaluable contribution and partnership law enforcement plays in the success of these programs.

***Second Panelist: Michael Sena, Director of the Northern California High Intensity Drug Trafficking Area (HIDTA)***

> **The Dilemma**
>
> "The National Survey on Drug Use and Health for 2018…..found that approximately 20.3 million people age 12 or older had a substance use disorder..."
>
> "The cycle of addiction often leads to a life of crime, homelessness, and in some cases, it also aggravates mental health issues."
>
> *Michael Sena*

*Highlights:*

- The HIDTA Program is spread across 29 designated areas to carry out activities that address the specific drug threats of those areas. HIDTAs cover all 50 states and two U.S. territories.

- The purpose of the HIDTA program is to reduce drug trafficking and drug production in the United States, as a whole.

- There are over 21,300 full-time task force officers around the nation that support that overall purpose. 70 percent of those come from the states, localities, and tribes.

- HIDTA efforts, across the nation, have three goals: 1) reduce the number of folks moving narcotics on our streets; 2) increase prevention efforts; and 3) support treatment efforts.

- HIDTAs provide reliable law-enforcement intelligence, support coordinated law-enforcement, and implement strategies to maximize the use of available resources.

- Drug courts help individuals with substance use disorders, by providing them with access to treatment. They must have the ability to separate the individual from the environment that perpetuates their addiction and criminal behavior.

- In some parts of the county, methamphetamine is killing as many people as opioids are. That was the case in one tiny area in Northern California, where there was an almost equal number of those that died from methamphetamine overdoses, as those that had died from the opioid overdoses.

- Some prosecutors are making decisions to not file charges for violations of selected sections of the law that elected representatives enacted in their jurisdictions.

- Some states are reducing or eliminating penalties for committing crimes, and some communities are focused on reducing jail and prison population with no regard for the consequences. In some parts of America, there are no major consequences related to criminal behavior, including the distribution of highly addictive and deadly narcotics.

- Approximately 20.3 million people, age 12 or older, had a substance use disorder related to their use of alcohol or illicit drugs in the past year, including 14.8 million people who had an alcohol use disorder and 8.1 million people who had an illicit drug use disorder.