# EXHIBIT 14

| | |
|---|---|
| Company: | FBI ACS ONLY ACCOUNT |
| Conference Title: | |
| Moderator: | Dennis Stolka |
| Conference ID: | 6799440_1_BHndTw |
| Date: | March 26, 2020 |

Operator:  Good day, and welcome to the mental health conference call. Today's conference is being recorded. At this time, I'd like to turn the conference over to Director Phil Keith. Please go ahead, sir.

Phil Keith:  Thank you and good afternoon. Thank you for joining us to today. I'd like to call the President's Commission on Law Enforcement and Administration of Justice to order. On behalf of Attorney General Barr, we thank you for joining us today for this important Commission teleconference meeting. At this time, I'd like to ask the Commission's Executive Director Dean Kueter, for a rollcall of commissioners.

Dean Kueter:  Thank you, Mr. Chairman. Commissioner Bowdich? Commissioner Clemmons?

James Clemmons:  Present.

Dean Kueter:  Commissioner Evans?

Christopher Evans:  Here.

Dean Kueter:  Commissioner Frazier?

Frederick Frazier:  Present.

Dean Kueter:  Commissioner Gualtieri? Commissioner Hawkins?

We run probably 450 to 500 people a day on the program. It is offender pay, so there's no tax dollars that support it from our budget. The pass rate on the PVTs last year was 99.59% and on the UAs that we performed was 98.82%, so a high pass rate in terms of pass/fail. We're using the PVTs, the SCRAM bracelets, remote breath testing, the drug patch, a variety of things in conjunction with it.

Interestingly enough, with COVID-19, we stopped the PVTs. It's obviously someone coming in and blowing through a PVT tube into a closed environment with other participants and your staff, it was not recommended in COVID-19, so we've made some pretty dramatic changes to accommodate for COVID-19 currently. So, once this passes, we'll gin back to where we were pre-COVID-19.

But, anyway, that's a little bit of background, if anybody is ever interested in more data, they're certainly welcome to reach out to our office, and we're in Western South Dakota, home to Mount Rushmore National Monument. If you're looking for a landmark, that's where we're at. So, I'll stay on for any questions, thank you.

Phil Keith:  Thank you, sheriff. Other questions from commissioners.

David Rausch:  Yes, this is Director Rausch. Can you hear me? Thanks. So, curious, he brought up an interesting point that I want to just see if Dr. Humphreys has any insight on, and that is with the current situation we're in with the limited contacts, how do we foresee AA and 24/7, and those types of programs working? Will they be able to do something virtual, or smaller groups, or how do we see those continuing as we start in on this new phase we're in, and who knows how long this will last. We certainly don't want to see those types of programs go away, because we can't be in the same room with each other.

Dr. Keith Humphreys:  Yes, you've raised a really important question. I know, because of the research. I've done, I know a lot of people in the program, and they are all kind of trying to figure out how to deal

with this, because they, you know, as some of them would say it, you know, "I feel like I might die if I go to a meeting, but I feel like I'm going to die if I don't get to a meeting." And, so it's really tough particularly for people in the early recovery where they need that support, and, you know, and most meetings are closing, you know, is what I've heard.

Out here, you know, pretty tech savvy place. People are moving them onto, you know, Zoom, and Skype, and those kind of things, but that's not an option everywhere, and not everyone has a good network and so on. So, you know, I've been suggesting to people, you know, talk to your sponsor, you know, try to reach out to people. Don't get isolated. That's usually bad. Lots of people who are in the program have maybe a tendency to brood a bit when they get isolated, and that's not good for them, so, to encourage them to reach out that way.

The other thing I say is just to give them some perspective is when AA started, there were so few people that, you know, if you were in rural Montana and there was no meeting, they actually wrote letters to the New York Office, and they would assign an experienced member somewhere else in the country to write them back and forth, and you would get a response, you know, a week later or two weeks later. So, it's not impossible for us to, you know, support each other in this environment. It's a lot harder, but, you know, people have done harder things, and allow - at least we do have the telephone and some parts of the country do have these, you know, amazing, you know, computer applications that can let us connect.

I'm hopeful this will not go on so long that it will undermine a lot of people in recovery, but those are the kind of interim things I've been suggesting to people as strategies until we get to that happy place.

Phil Keith:  Other questions from commissioners?

Erica MacDonald:   This is Erica MacDonald. I have a question regarding the 24/7 legislation. Being from one of the states, one of the - more than half the states that doesn't have a pilot program underway or 24 legislation passed, 24/7 legislation passed. Can you give me a little more information about what are the barriers to passing that kind of legislation? Are there costs associated? You know, if we're going to try to push this in my state or mandate it, or recommend it to other states, can you give us a little more information on that?

Dr. Keith Humphreys:   Yes, it's not financial for a couple reasons. One, is like I say, there's federal dollars in the highway bill, but even beyond that, you know, in South Dakota you pay, I think it's a buck, at least it used to be a buck, when you get the breathalyzer, so the offenders are putting the money in, and it pays for itself.

So, the barriers don't tend to be fiscal. I think they tend to be - there's inertia, you know. We've all worked with state legislatures. They always have a lot to do. They may not have heard about it, or it works somewhere else, but it won't work here, you know, that sort of mentality sometimes.

Also, sometimes there are, you know, very strong faith and other types of things like Interlock technology and their committed to that, or DWI courts, and they're committed to that. And, not saying those things are bad, but it may make them less open to trying this thing they haven't heard of before.

I also never - I've learned never to underestimate just the power of poor dissemination. I mean, even though this program has, you know, spread to some states, and it's got a lot of good results, and it's gotten some nice news coverage, I still talk to people who've never heard of it. So, that could also be the case, especially as you move further away from the part of the country where it's concentrated, is, you know, folks just don't know about it.

And, you know, so I think what you guys, you know, if you choose to as a commission, that's I say something you could help with is just by highlighting it, you know, letting people know about it, State AGs, and legislators, and governors, because I suspect there's some folks out there who haven't heard of it, who if they did, would be excited to grab hold and give it a try.

Erica MacDonald:  I agree. Thank you for that. I appreciate it.

John Samaniego:  Dr. Humphreys, this is Sheriff John Samaniego from the Birmingham area of Alabama, and I have about a 500-inmate jail. Can you comment on the - how effective the AA would be within a jail facility?

Dr. Keith Humphreys:  Thank you for that question, sir. So, in the short - I mean, jail's kind of unusual, right? People do sometimes, we know, slip alcohol into jail, but, you know, for the most part, people are not going to be able to drink, so that's a different task than the face when they get out. You know, it's easy to abstain when alcohol's not available.

So, what I think you're getting when you have, you know, the AA outreach groups coming into the jail, is the possibility of linking people into the fellowship. Something catches their imagination or maybe there's a person that they connect with, they want to stay in touch with, so that they will stay engaged when they get out of jail. And, that's when they're going to have the real challenge, because out there in the world, of course, alcohol is available everywhere. And, we all know an enormous number of people, the first thing they do when they leave a correctional facility is get drunk.

And, so I think that's probably the outcome I would hope for folks is you know about it, you're linked to it, and then you have a different option when you get out, to get on a better path than just going straight back to liquor.