# EXHIBIT 15

Company:            FBI ACS ACCOUNT

Conference Title:   Federal Programing

Conference ID:      3059315_1_k14MbL

Moderator:          Dennis Stoika

Date:               April 1, 2020

Operator:  Good day and welcome to the Presidential Commission on Law Enforcement and the Administration of Justice conference call. Today's conference is being recorded. At this time I would like to turn the conference over to director Phil Keith. Please go ahead.

Phil Keith:  Thank you and good afternoon and thank everyone for joining us today. I'd like to call the President's Commission on Law Enforcement and Administration of Justice to Order. On behalf of Attorney General Barr we thank you for joining us today for this important commission teleconference meeting. As we continue these unprecedented times and challenges beyond our experience we certainly want to express our appreciation for your continued willingness and understanding as we navigate the challenges of conducting important work of the commission. At this time I'd ask the executive director Dean Kueter to conduct our roll call of commissioners.

Dean Kueter:  Thank you Mr. Chairman. And before I call the roll, I'd like to remind everybody that the event is open to the press and for any members or media that may be on the call if you have questions or any clarification on anything please contact Kristina Mastropasqua in DOJ's Office of Public Affairs. With that I'll call the role. Commissioner Bowdich?

Male:  ((Inaudible)).

Dean Kueter:  Commissioner Clemmons?

James Clemmons:  Present.

Nancy Parr: Actually I have two questions, and I believe that they would be directed to Dr. Miller, but there might be other voices to be heard too. One, I would like to know what you think about the effectiveness of veteran courts that - or that have been in operation around the country and that many jurisdictions are considering. And then the second one, when you talk about the lethal means safety if I – if you could give us your thoughts or concerns about the red law, the red flag laws that are being passed by state legislatures around the country and what you think about the effectiveness of those may or may not be?

Dr. Matthew Miller: Okay, thank you for the question I'll go in order if that's acceptable. Veteran's courts- I had my first exposure to veteran's courts and their effectiveness - when I was Chief of Mental Health at the Saginaw VA working with and developing veteran courts as part of our homeless programming and our VJO, Veteran Justice Outreach programming. I believe from observation experience and from existing research that veteran courts can be highly effective and essential within the overall recovery process. They facilitate entry into and access to care. They encourage and reinforce maintenance and continuation in mental health care and overall care as well. And those are both really important factors in terms of fighting recidivism.

So yes I am a supporter. I am a believer. And I believe that the more we can implement these across our system the more that we can then encourage access into appropriate care sustainment within appropriate care, and in turn reduce recidivism, which then I think translates, in the police commission perspective, to hopefully a decrease in the percent of calls that are mental health related versus otherwise.

Second question, lethal means safety is a term that refers to decreasing the mortality associated with certain forms commonly used to implement suicide. In the veteran population the most frequently employed lethal means is firearms, 70% of the time. In the general population the same is true. I believe, by all data that I'm aware of, the same is true within the police force as well.