# EXHIBIT 17

# THE CHALLENGE OF CRIME IN A FREE SOCIETY

A REPORT BY THE PRESIDENT'S COMMISSION ON LAW ENFORCEMENT AND ADMINISTRATION OF JUSTICE

United States Government Printing Office
Washington, D.C.
February 1967

# FOREWORD

On July 23, 1965, recognizing the urgency of the Nation's crime problem and the depth of ignorance about it, President Johnson established this Commission on Law Enforcement and Administration of Justice, through Executive Order 11236.

This general report—"The Challenge of Crime in a Free Society"—embodies all the major findings we have drawn from our examination of every facet of crime and law enforcement in America. These are summarized in an opening section, and our recommendations are cataloged in a table following chapter 13. In addition, we are finishing the work on a series of volumes reflecting the detailed and extensive research and analysis underlying this report. These volumes, each dealing with a different major segment of the field of crime and law enforcement, will be issued shortly, as they are completed.

We have described, in appendix A, how the Commission went about its work. But one aspect deserves particular note. Our work was, as indeed it should and had to be, in the fullest sense, a joint undertaking.

We received the unstinting assistance of the Federal Bureau of Investigation, the U.S. Bureau of Prisons, the Department of Health, Education, and Welfare, and every other Federal agency we called on.

We had the invaluable assistance of many State, local, and private agencies and groups in this field.

We had at our service the special talent and knowledge of hundreds of expert consultants and advisers who contributed to our work.

And, most important, the foundation to our work came from a staff whose energy and endurance was exceeded only by its brilliance and imagination. Every member of this Commission joins me in expressing the warmest gratitude and admiration for James Vorenberg, professor at the Harvard Law School, the Executive Director of the Commission, who directed this extraordinary staff effort, and for each of his colleagues.

Nicholas deB. Katzenbach
*Chairman*

## THE COMMISSION

Nicholas deB. Katzenbach, *Chairman*

| | |
|---|---|
| Genevieve Blatt | James B. Parsons |
| Charles D. Breitel | Lewis F. Powell, Jr. |
| Kingman Brewster | William P. Rogers |
| Garrett H. Byrne | Robert G. Storey |
| Thomas J. Cahill | Julia D. Stuart |
| Otis Chandler | Robert F. Wagner |
| Leon Jaworski | Herbert Wechsler |
| Thomas C. Lynch | Whitney M. Young, Jr. |
| Ross L. Malone | Luther W. Youngdahl |

## THE STAFF

**Executive Director:**
James Vorenberg

**Deputy Director:**
Henry S. Ruth, Jr.

**Associate Directors:**
Gene S. Muehleisen
Elmer K. Nelson, Jr.
Lloyd E. Ohlin
Arthur Rosett

**Assistant Directors:**
David B. Burnham
Bruce J. Terris
Samuel G. Chapman (*Police*)
Howard Ohmart (*Corrections*)
Vincent O'Leary (*Corrections*)
Charles H. Rogovin (*Organized Crime*)

**Director of Science and Technology**
Alfred Blumstein

William Caldwell
Weston R. Campbell, Jr.
Gerald M. Caplan
Roland Chilton
Joseph G. J. Connolly
Virginia N. Crawford
Elizabeth Bartholet DuBois
Paul B. Duruz
Robert L. Emrich
Floyd Feeney
Victor Gioscia
Sheldon Krantz
Anthony Lapham
John L. McCausland
Sheila Ann Mulvihill
Albert W. Overby, Jr.
Nick Pappas
John F. Quinn
Robert Rice
Gordon D. Rowe
Susan Freeman Schapiro
Gerald Stern
Keith Stubblefield
Thelma C. Stevens
Martin Timin
G. Joseph Vining
Richardson White, Jr.

# The Commission and Its Operations

## I. THE COMMISSIONERS

**NICHOLAS DER. KATZENBACH, CHAIRMAN**

Washington, D.C.; Under Secretary of State; U.S. Army Air Force, 1st Lieutenant, prisoner of war, awarded Air Medal With Three Clusters, 1941–45; Rhodes scholar, 1947–49; attorney, Department of the Air Force, 1950–52; Professor of Law, Yale Law School, 1952–56; Professor of International Law, University of Chicago, 1956–61; Assistant Attorney General, Office of Legal Counsel, 1961; Deputy Attorney General, 1962–65, Attorney General of the United States, 1965–66.

**GENEVIEVE BLATT**

Harrisburg, Pa., attorney; Phi Beta Kappa; Secretary of Internal Affairs, Member, State Board of Pardons, State of Pennsylvania, 1955–67.

**CHARLES D. BREITEL**

New York, N.Y.; Associate Judge, Court of Appeals of the State of New York; Deputy Assistant District Attorney, New York County, staff of Thomas E. Dewey, special rackets investigations, 1935–37; Assistant District Attorney, New York County, 1938–41; Chief of Indictment Bureau, 1941; Counsel to Governor, State of New York, 1943–50; Justice, Supreme Court of New York, 1950–52; Associate Justice, Appellate Division (First Department), Supreme Court of New York, 1952–66; Advisory Committee, Model Penal Code, American Law Institute; Chairman, Special Committee on the Administration of Criminal Justice, Association of the Bar of the City of New York; Council, American Law Institute.

**KINGMAN BREWSTER, JR.**

New Haven, Conn.; President, Yale University; U.S. Navy, Lieutenant, 1942–46; Assistant Professor of Law, Harvard Law School, 1950–53; Professor of Law, Harvard Law School, 1953–60; Provost, Yale University, 1960–63; author, "Anti-Trust and American Business Abroad" (1959); "Law of International Transactions and Relations" (with M. Katz, 1960).

**GARRETT H. BYRNE**

Boston, Mass.; attorney; District Attorney, Suffolk County, Mass.; Member, Massachusetts House of Representatives, 1924–28; President, National District Attorneys Association, 1963–64; President, Massachusetts District Attorneys Association, 1963–64; President, National District Attorneys Foundation.

**THOMAS J. CAHILL**

San Francisco, Calif.; Chief of Police, San Francisco; entered San Francisco Police Department as patrolman, 1942; Big Brother of the Year Award, 1964; Liberty Bell Award, San Francisco Bar Association, 1965; Vice President, International Association of Chiefs of Police, 1963– ; Chairman, Advisory Committee to the Governor on the Law Enforcement Section of the Disaster Office of the State of California; Chairman, Advisory Committee to the School of Criminology, City College, San Francisco; Member, National Advisory Committee, National Center on Police-Community Relations, Michigan State University.

**OTIS CHANDLER**

San Marino, Calif.; Publisher, Los Angeles Times; U.S. Air Force, 1st Lieutenant, 1951–53; Senior Vice President, the Times-Mirror Co.; Member, Board of Directors, Associated Press, Western Airlines, Union Bank.

**LEON JAWORSKI**

Houston, Tex.; attorney, senior partner, Fulbright, Crooker, Freeman, Bates & Jaworski; U.S. Army, Colonel, Chief, War Crimes Trial Section, European Theater, Legion of Merit, 1942–46; President, Houston Bar Association, 1949; President, Texas Civil Judicial Council, 1951–52; President, American College of Trial Lawyers, 1961–62; President, Texas Bar Association, 1962–63; Special Assistant U.S. Attorney General, 1962–65; Special Counsel, Attorney General of Texas, 1963–65; Executive Committee, Southwestern Legal Foundation; trustee, Houston Legal Foundation; Fellow, American Bar Foundation; U.S. Member, Permanent (International) Court of Arbitration; Member, National Science Commission; Chairman, Governor's Committee on Public School Education, State of Texas.

**THOMAS C. LYNCH**

San Francisco, Calif.; Attorney General, State of California; Assistant U.S. Attorney, 1933–42; Chief Assistant U.S. Attorney, 1943–51; District Attorney, San Francisco,

Calif., 1951–64; Fellow, American College of Trial Lawyers; Advisory Committee on Prearraignment Code, American Law Institute.

ROSS L. MALONE

Roswell, N. Mex.; attorney, partner, Atwood & Malone; U.S. Navy, Lieutenant Commander, 1942–46; Deputy Attorney General of the United States, 1952–53; President, American Bar Association, 1958–59; President, American Bar Foundation; Trustee, Southwestern Legal Foundation; Council, American Law Institute; Board of Regents, American College of Trial Lawyers; Board of Trustees, Southern Methodist University.

JAMES BENTON PARSONS

Chicago, Ill.; Judge, U.S. District Court, Northern District of Illinois; U.S. Navy, 1942–46; teacher, Lincoln University of Missouri, 1934–40, city schools of Greensboro, N.C., 1940–42, John Marshall Law School, 1949–52; Assistant Corporation Counsel, city of Chicago, 1949–51; Assistant U.S. Attorney, 1951–60; Judge, Superior Court of Cook County, Ill., 1960–61; Member, Committee on Administration of Probation System, Judicial Council of the United States; Chicago Commission on Police-Community Relations; Illinois Academy of Criminology.

LEWIS FRANKLIN POWELL, JR.

Richmond, Va.; attorney, partner, Hunton, Williams, Gay, Powell & Gibson; U.S. Army Air Force, Colonel awarded Legion of Merit, Bronze Star, Croix de Guerre With Palms, 1942–46; Member, Virginia State Board of Education, 1961– ; President, American Bar Association, 1964–65; Trustee, Washington and Lee University and Hollis College; Board of Regents, American College of Trial Lawyers; Vice President, American Bar Foundation; Trustee and General Counsel, Colonial Williamsburg, Inc.

WILLIAM PIERCE ROGERS

Bethesda, Md.; attorney, partner, Royall, Koegel, Rogers & Wells (New York and Washington); Assistant U.S. Attorney, New York County, 1938–42, 1946–47; U.S. Navy, Lieutenant Commander, 1942–46; Chief Counsel, U.S. Senate War Investigating Committee, 1948; Chief Counsel, Senate Investigations Subcommittee of Executive Expenditures Committee, 1948–50; Deputy Attorney General, 1953–57, Attorney General of the United States, 1957–61; Member, U.S. Delegation, 20th General Assembly, United Nations, 1965; U.S. Representative, United Nations Ad Hoc Committee on Southwest Africa, 1967; Member, President's Commission on Crime in the District of Columbia, 1965–67; Fellow, American Bar Foundation.

ROBERT GERALD STOREY

Dallas, Tex.; attorney, partner, Storey, Armstrong & Steger; Phi Beta Kappa, Order of Coif; U.S. Army, 1st Lieutenant, 1918–19, Colonel, Bronze Star, Legion of Merit, 1941–45; Assistant Attorney General, State of Texas, 1921–23; Executive Trial Counsel for the United States, trial of major Axis war criminals, Nuremberg, Legion of Honor (France), 1945–46; Dean, Southern Methodist University Law School, 1947–59; President, Texas Bar Association, 1948–49; President, American Bar Association, 1952–53; Member, Hoover Commission, 1953–55; President, Inter-American Bar Association, 1954–56; American Bar Association Gold Medal, 1956; Vice Chairman, U.S. Civil Rights Commission, 1957–63; President, Southwestern Legal Foundation.

JULIA DAVIS STUART

Spokane, Wash.; President, League of Women Voters of the United States; Governor's Tax Advisory Council, State of Washington, 1958; Chairman, Citizens Subcommittee on School Finance, State of Washington Legislature, 1960; National Municipal League Distinguished Citizen Award, 1964; Member, National Citizens Commission on International Cooperation, 1965.

ROBERT F. WAGNER

New York, N.Y.; attorney; New York State Assembly, 1938–41; U.S. Army Air Force, Lieutenant Colonel, 1942–45; New York City Tax Commission, 1946; Commissioner of Housing and Buildings, New York City, 1947; New York City Planning Commission, 1948; President, Borough of Manhattan, N.Y., 1949–53; Mayor, New York City, 1954–66.

HERBERT WECHSLER

New York, N.Y.; Harlan Fisk Stone Professor of Constitutional Law, Columbia Law School; Assistant Attorney General, State of New York, 1938–40; Special Assistant U.S. Attorney General, 1940–44, Assistant Attorney General of the United States, 1944–46; Member, U.S. Supreme Court Advisory Committee on Rules of Criminal Procedure, 1941–45; Oliver Wendell Holmes Lecturer, Harvard Law School, 1958–59; Director, American Law Institute; Reporter, Model Penal Code, American Law Institute; Member, New York State Temporary Commission on Revision of the Penal Law and Criminal Code; Member, Executive Committee, Association of the Bar, City of New York; author, "Criminal Law and Its Administration" (with J. Michael, 1940); "The Federal Courts and the Federal System" (with H. Hart, Jr., 1953); "Principles, Politics and Fundamental Law" (1961).

WHITNEY MOORE YOUNG, JR.

New Rochelle, N.Y.; Executive Director, National Urban League; Dean, Atlanta University School of Social Work,

1954–60; Member, President's Committee on Youth Employment, 1962; Member, President's Committee on Equal Opportunity in the Armed Forces, 1963; Member, President's Commission on Technology, Automation, and Economic Progress, 1965–66; Member, Special Presidential Task Force on Metropolitan and Urban Problems, 1965–66; Member, Advisory Committee on Housing and Urban Development, Department of Housing and Urban Development; President, National Conference on Social Welfare; Member, Advisory Board, A. Philip Randolph Institute; Member, National Board, Citizens Crusade Against Poverty; Trustee, Eleanor Roosevelt Memorial Foundation; author, "To Be Equal" (1964).

LUTHER W. YOUNGDAHL

Washington, D.C.; Senior Judge, U.S. District Court, District of Columbia; U.S. Army, artillery officer, World War I; Judge, Municipal Court, Minneapolis, Minn., 1930–36; Judge, District Court, Hennepin County, Minn., 1936–42; Associate Justice, Supreme Court of Minnesota, 1942–46; Governor of Minnesota, 1947–51; Judge, U.S. District Court, District of Columbia, 1951–66.

## II. HOW THE COMMISSION DID ITS WORK

The President's Commission on Law Enforcement and Administration of Justice was established on July 23, 1965, by President Lyndon B. Johnson, who instructed it to inquire into the causes of crime and delinquency and report to him, early in 1967, with recommendations for preventing crime and delinquency and improving law enforcement and the administration of criminal justice.

At the first Commission meeting, in September 1965, the Commission with the advice of its staff designated specific subjects in which intensive work was to be undertaken. The staff, on the basis of further consultation with the Commission members and experts in various fields, prepared preliminary work plans relating to these subjects. It also began the task—which extended through the full term of the Commission—of gathering and analyzing data and the views of consultants and advisers and preparing, for Commission review and analysis, drafts of material looking to the development of the final report.

The work of the Commission was initially divided into four major areas: Police, courts, corrections, and assessment of the crime problem. Concentrating on each was a task force consisting of a panel of Commission members, a number of full-time staff members, and consultants and advisers. As the Commission's work proceeded, special task forces or working groups were formed to give special attention to organized crime, juvenile delinquency, narcotics and drug abuse, and drunkenness. Early in 1966, the task force on science and technology was organized as a collaborative undertaking by the Commission, the Office of Law Enforcement Assistance of the Department of Justice, and, with direct responsibility for the work, the Institute for Defense Analyses.

The full-time staff began as only a few and grew to number more than 40. It included lawyers, police officials, correctional personnel, prosecutors, sociologists, psychologists, systems analysts, juvenile delinquency prevention planners, and professional writers and editors. Many were professors on leave from universities; criminal justice officials on leave from Federal, State, and local agencies; or experts on loan from various Federal departments, including Justice, HEW, Treasury, Labor, Army, and Navy.

To direct the staff work, the President appointed, as Executive Director, James Vorenberg, on leave as Professor at Harvard Law School, who had been serving as the first Director of the Office of Criminal Justice in the Department of Justice. The Deputy Director, Henry S. Ruth, Jr., had been a prosecutor in the Department of Justice's Organized Crime and Racketeering Section, and later a member of the Office of Criminal Justice.

The four Associate Directors of the Commission and their areas of primary responsibility were: Police—Gene S. Muehleisen, on leave as the Executive Officer of the Commission on Peace Officer Standards and Training in the California Department of Justice; corrections—Elmer K. Nelson, on leave as Professor of Public Administration at the University of Southern California; assessment of the nature and scope of crime—Lloyd E. Ohlin, on leave as Professor of Sociology at Columbia University and Director of Research of Columbia's School of Social Work; courts—Arthur I. Rosett, a former Federal prosecutor who was an attorney in private practice. In addition, Alfred Blumstein of the Institute for Defense Analyses was director of the science and technology task force.

The Commission's research and inquiries took many forms, a few of which are suggested below. Surveys were conducted in connection with work on police-community relations, professional criminals, unreported crime, and correctional personnel and facilities. The corrections survey, sponsored jointly by the Commission and the Office of Law Enforcement Assistance, is only one example of the numerous projects in which the Office of Law Enforcement Assistance and the Commission collaborated. This survey and the survey of unreported crime were the first nationwide studies ever made of those areas. Over 2,200 police departments were asked by questionnaire what field procedures they had found especially effective against crime. Field observers acquainted themselves with police patrol practices and procedures in lower criminal courts. Commission staff and representatives visited correctional institutions,