# EXHIBIT 18

Symposium on the 30th Anniversary of the President's Commission
on Law Enforcement and Administration of Justice

# The Challenge of Crime in a Free Society: Looking Back Looking Forward

June 19–21, 1997
Washington, D.C.

Office of Justice Programs
National Institute of Justice
Office for Victims of Crime
Office of Juvenile Justice and Delinquency Prevention
Bureau of Justice Statistics
Bureau of Justice Assistance
Office of Community Oriented Policing Services

**U.S. Department of Justice**
Office of Justice Programs

**Laurie Robinson**
Assistant Attorney General

May 1998

NCJ 170029

Opinions and points of view expressed in this document are those of the authors and do not necessarily reflect the official position or policies of the U.S. Department of Justice.

# Contents

**Foreword** .................................................................................................................................. iv

**Welcome and Opening Remarks** ....................................................................................... 1
    *The Honorable Laurie Robinson, Assistant Attorney General,*
    *Office of Justice Programs, U.S. Department of Justice*

**Panel I: Roundtable on Historical Perspectives** ............................................................ 4
    *Francis X. Hartmann (Moderator), Elizabeth Bartholet, David Burnham,*
    *Thomas Cahill, Samuel G. Chapman, Roland Chilton, Floyd Feeney,*
    *Victor Gioscia, Sheldon Krantz, John McCausland, Thelma Stevens Mrazek,*
    *Sheila A. Mulvihill, Elmer "Kim" Nelson, Lloyd E. Ohlin, Nick Pappas,*
    *Charles H. Rogovin, Arthur Rosett, Henry Ruth, Susan Freeman Schapiro, Keith*
    *Stubblefield, Bruce Terris, G. Joseph Vining, James Vorenberg*

*Commissioned Paper, Panel II* ............................................................................................ 16
**Continuity and Change in American Crime: Lessons from Three Decades**
    *Jeffrey Fagan, Columbia University*

*Discussion Summary, Panel II* ............................................................................................ 48
**Overview of Crime: Changing Nature of Crime, Criminals, and Crime Problems**
    *Candice Kane (Moderator)*

    *Lynne A. Battaglia, G. David Curry, Jeffrey Fagan, Lucy N. Friedman,*
    *Ronald Goldstock, Arthur Kellermann, Gil Kerlikowski, Dennis L. Murphy,*
    *David E. Ramirez, Albert J. Reiss, Peter Reuter, Howard N. Snyder,*
    *Andrew L. Sonner, Terence P. Thornberry, Reginald A. Wilkinson*

*Commissioned Paper, Panel III* ........................................................................................... 58
**Changing Nature of Criminal Justice System Responses and Its Professions**
    *Charles F. Wellford, University of Maryland*

*Discussion Summary, Panel III* .................................................................................................... 74
**Changing Nature of Criminal Justice System Responses and Its Professions**
    *Angela J. Davis (Moderator)*

    *Allen Breed, Michael E. Clark, J. Price Foster, Herman Goldstein, Eugene N. Hamilton, Edward J. Loughran, Barry Mahoney, Jerry Sanders, Charles F. Wellford, Marlene Young*

*Keynote Address* ......................................................................................................................... 81
**A Retrospective on the Thirty-Year War Against Crime**
    *The Honorable Patricia Wald, Judge, U.S. Court of Appeals, District of Columbia Circuit*

*Commissioned Paper, Panel IV* ................................................................................................. 93
**Building Better Policies on Better Knowledge**
    *Michael Tonry, University of Minnesota*

*Discussion Summary, Panel IV* .................................................................................................125
**Research and Statistics as Tools for Measuring and Responding to Other Changes**
    *Wesley G. Skogan (Moderator)*

    *Albert D. Biderman, Michael K. Block, Terence Dunworth, Kim English, George E. Hall, Rolf Loeber, Michael A. Maltz, Joan McCord, Roger K. Przybylski, Dennis P. Rosenbaum, Jeffrey A. Roth, Michael Tonry, Cathy Spatz Widom, Marvin E. Wolfgang*

*Commissioned Paper, Panel V* ...................................................................................................131
**Societal Responses to the President's Crime Commission: A Thirty-Year Retrospective**
    *Todd R. Clear, Florida State University*

*Discussion Summary, Panel V* ...................................................................................................159
**Changing Nature of Society's Responses to Crime and the Criminal Justice System**
    *Michael E. Smith (Moderator)*

    *Gordon Bazemore, Bennett H. Brummer, Todd R. Clear, Legrome Davis, Julius Debro, Ronald Earle, Tony Fabelo, John Feinblatt, Daniel J. Freed, Daniel Glaser, Don M. Gottfredson, Ada Pecos Melton, Anne Seymour, Mark Soler, Betsy Watson, Jesse E. Williams, Jr., William Woodward*

**Synthesis of Symposium** ...........................................................................................................167
    *Mark Moore, John F. Kennedy School of Government, Harvard University*

**Closing Remarks** ................................................................................................................179
*The Honorable Laurie Robinson, Assistant Attorney General, Office of
Justice Programs, U.S. Department of Justice; Joseph E. Brann, Director,
Office of Community Oriented Policing Services, U. S. Department of Justice*

**Appendices**

**Post-Symposium Comments on the Corrections Report of the
President's Crime Commission**
*Excerpts from a paper prepared by Elmer "Kim" Nelson, Allen Breed,
Vincent O'Leary, Keith Stubblefield, and Richard "Pete" Velde*

*Commissioned Paper*
**The Challenge of Crime in a Free Society: Looking Back . . . Looking Forward**
*Joseph Foote, Consultant*

**Agenda**

**Attendee List**

# THE CHALLENGE OF CRIME IN A FREE SOCIETY

## Looking Back ... Looking Forward

An Overview for the Symposium on the 30th Anniversary of the
President's Commission on Law Enforcement and Administration of Justice

June 19-21, 1997
Washington, D.C.

Office of Justice Programs • National Institute of Justice • Office of Juvenile Justice and Delinquency Prevention • Office for Victims of Crime • Bureau of Justice Statistics • Bureau of Justice Assistance • Office of Community Oriented Policing Services

—2—

*This paper was prepared for the Office of Justice Programs and the Office of Community Oriented Policing Services by Joseph Foote, with support from the Institute for Law and Justice, Alexandria, VA. Mr. Foote wishes to thank Nicholas deB. Katzenbach and other persons who consented to be interviewed and who gave generously of their time to review this paper. The views expressed in this paper do not necessarily reflect the positions of the Office of Justice Programs, Office of Community Oriented Policing Services, or the U.S. Department of Justice.*

harsher side of corrections, with extended time in prison and the removal of options, including community-based corrections," he says. "The Commission viewed the offender population as heterogeneous, and called for highly flexible approaches that could differentiate among these people. Today that view is submerged, and a countermovement is in effect with respect to drug offenders, at least."

"We were hoping to encourage a more rational and balanced system," Nelson says, "but that goal has yet to be realized. Public policy regarding crime still swings like a pendulum and tends to get stuck at the most extreme positions." Ruth puts it this way: "The rehabilitative emphasis of our report has been completely rejected by policymakers today."

In the area of disposition of drunk offenders, long the scourge of jailers, the Commission proposed a small but helpful reform. Drunks accounted for a million people a day held on drunk charges, the Commission found. "The Commission addressed the use of jail to dispose of drunk offenders," Ruth notes. "The idea was to rid the criminal justice system of these individuals, and that goal has been largely achieved."

### Looking Broadly

One wide-angle overview of the Commission's work comes from former staff member Krantz:

> We developed a very important way of looking more broadly at both crime and the administration of justice: how to define crime, the kinds of categories to put it into, and how to organize the agencies of justice in a way to address the problem. That was fundamentally important work.
>
> Another very important contribution of the Commission was that it focused very heavily on enhancing the agencies of justice, particularly the police, by saying that their work is as significant as that done by virtually anyone. It is hard to realize it, but even in the 1960s, many police and prosecuting agencies were paraprofessional and not fully professional.

## ORIGINS AND APPROACH

The Kennedy and Johnson Administrations were alive with ideas, many of them grounded in a strong belief that Federalism—the assertion of Federal power and a national approach—offered the most effective approach to such social problems as poverty and lack of housing. And crime.

Attorney General Nicholas deB. Katzenbach, appointed by President Johnson, had created an Office of Criminal Justice under the Deputy Attorney General. With its tiny staff of four, the Office was headed by Harvard Law School Professor James Vorenberg, who worked part-time and commuted from Cambridge. The Office became a seedbed of innovative ideas. One of those was for two commissions: a national commission to introduce reality and facts into political debate about crime. The other would look into ways to reduce crime in the streets in the District of Columbia.

"Another purpose of the national commission was to demonstrate to and educate the public about the fact that the Federal Government has little effect on controlling crime," Ruth recalls. "The Federal Government can stimulate and assist State and local governments in dealing with their crime problems, but it cannot take over those problems for them."

As the idea of a national commission gathered support in the Oval Office and among senior Department of Justice officials, Attorney General Katzenbach began to search for somebody to lead it.

"Initially, I tried to stay out of being chairman," Katzenbach says. "I tried to get somebody else with a national reputation to do it because I thought that it might serve the President better than his Attorney General doing it. I approached Tom Dewey[2] but he declined." President Johnson asked Katzenbach to be the chair, and Katzenbach and Vorenberg drew up a list of prospective members. They amassed one of the more formidable arrays of intellectual and political firepower that the Nation had seen for such a study in many years. They chose distinguished Americans who brought a wide range of backgrounds: a former Republican Attorney General, the publisher of the *Los Angeles Times*, a Federal judge, the attorney general of California, and leaders from business, law, civic activism, State government, and science.

The Commission was also politically potent—in ways that would prove helpful to embarking on a "revolution" in the then largely static law enforcement community. Its members brought access to key constituencies: San Francisco Police Chief Cahill had credibility with law enforcement professionals. Yale University President Kingman Brewster, Jr., was a strong figure in education. Mayor of New York City Robert F. Wagner was a central figure in urban politics. Julia Davis Stuart, president of the League of Women Voters of the United States, represented government reformers. Whitney Moore Young, Jr., executive director of the National Urban League, brought critically needed ties to the African-American community.

### Commission Approach: Get the Facts

President Johnson formally established the President's Commission on July 23, 1965, and directed it to report to him early in 1967 with recommendations for preventing crime and delinquency and improving law enforcement and the administration of criminal justice.

The Commission recruited a staff, which eventually grew to 63, of outstanding lawyers, police officers, correctional personnel, prosecutors, sociologists, psychologists, systems analysts, juvenile delinquency prevention planners, and professional writers and editors. Many were on leave or loan from universities and Federal,

—6—