# EXHIBIT 19


| Search | Advanced | Citation |

"presidential commission on law enforcement and the administration of justice"

☐ Search Within Results

**Refined By** CLEAR

**Refine Your Search Further**

**You Searched For:** "presidential commission on law enforcement and the administration of justice" ✖ (/app/search)

 (https://www.facebook.com/sharer.php?u=https://www.govinfo.gov/app/search/%7B%22facets%22%3A%7B%22accodenav%22%3A%5B%22FR%22%5...%20Search%20Results&url=https%3A%2F%2Fwww.govinfo.gov%2Fapp%2Fsearch%2F%257B%2522facets%2522%253A%257B%2522accodenav%2522%25...

 (mailto:?subject="presidential commission on law enforcement and the administration of justice" - Search Results | govinfo&body=https%3A%2F%2Fwww.govinfo.gov%2Fapp%2Fsearch%2F%257B%2522facets%2522%253A%257B%2522accodenav%2522%253A%255B%2...

❓ Help (https://www.govinfo.gov/help/search-results)

**Refined By:**

Collection: Federal Register ✖

**2 Records**    ☐ View Historical Results ⓘ

Relevance ▼

---

**1) 85 FR 28835 - Peace Officers Memorial Day and Police Week, 2020 (/app/details/FR-2020-05-13/2020-10430)**

*Federal Register. Presidential Proclamation 10032. Wednesday, May 13, 2020.*

.... Last October, I was proud to sign an Executive Order to establish the **Presidential Commission on Law Enforcement and the Administration of Justice**--the first commission on law enforcement in half a century. This...

| PDF (/CONTENT/PKG/FR-2020-05-13/PDF/2020-10430.PDF) | TEXT (/CONTENT/PKG/FR-2020-05-13/HTML/2020-10430.HTM) | DETAILS (/APP/DETAILS/FR-2020-05-13/2020-10430) |

SHARE

**2) 85 FR 22943 - National Crime Victims' Rights Week, 2020 (/app/details/FR-2020-04-23/2020-08838)**

*Federal Register. Presidential Proclamation 10010. Thursday, April 23, 2020.*

... safety and the oversight of justice, my Administration established the **Presidential Commission on Law Enforcement and the Administration of Justice**. This commission, the first of its kind in more than 50 years...

| PDF (/CONTENT/PKG/FR-2020-04-23/PDF/2020-08838.PDF) | TEXT (/CONTENT/PKG/FR-2020-04-23/HTML/2020-08838.HTM) | DETAILS (/APP/DETAILS/FR-2020-04-23/2020-08838) |

SHARE

| Previous | Next |

---

 (http://www.gpo.gov)

U.S. Government Publishing Office

 (http://www.iso16363.org/iso-certification/certified-clients)


## Presidential Documents

Proclamation 10032 of May 8, 2020

**Peace Officers Memorial Day and Police Week, 2020**

**By the President of the United States of America**

**A Proclamation**

On Peace Officers Memorial Day and during Police Week, we commend the brave men and women of our law enforcement community for continually summoning the courage to fulfill their solemn oath to protect and serve. We also pause to remember all those who have lost their lives and who have suffered permanent disabilities defending their communities and the rule of law, including the heroes we have lost this year to the coronavirus.

Throughout our Nation's history, law enforcement officials have never wavered in the face of crisis or tragedy. During uncertain times, law enforcement officers bravely face challenges and continue to protect the American people. They steadfastly ensure the safety of our communities, providing a much needed sense of security for our citizens, and our country is extremely grateful for their efforts.

My Administration remains committed to ensuring our Nation's Federal, State, local, and tribal law enforcement officers have the resources and support they need to perform their duties safely and effectively. Last October, I was proud to sign an Executive Order to establish the Presidential Commission on Law Enforcement and the Administration of Justice—the first commission on law enforcement in half a century. This Commission identifies ways to reduce crime while simultaneously bringing law enforcement officers and the communities they serve closer together. We have also worked to expand lifesaving programs like the National Blue Alert Network. Thirty-five States have enacted Blue Alert plans, which provide early warnings to law enforcement agencies, the media, and the public by transmitting Blue Alerts to cell phones, television stations, and other devices. These alerts disseminate information on suspects who pose an imminent and credible threat to the safety of our officers, and this network demonstrates how we can work together to provide proactive programs, innovative resources, and cutting-edge technology to support and advance our law enforcement personnel.

We must continue working toward a time when all people respect and understand the important work that law enforcement officers do. Unfortunately, our law enforcement officers do not always receive the respect they deserve. These brave men and women must operate in an environment where their moral and legal authority is constantly being scrutinized, and they undertake the critical yet difficult task of addressing the actions of those affected by addiction, homelessness, and mental illness. Their ability to work well in the face of these and other challenges is extraordinary, and we have incredible appreciation for their public service and selflessness.

On behalf of our grateful Nation, we proudly recognize the more than 900,000 sworn members of law enforcement for their resolve and dedication in the face of dangerous uncertainty. The thoughts and prayers of our Nation are with them and their families, and we will always owe them our appreciation and support.

By a joint resolution approved October 1, 1962, as amended (Public Law 87–726, 76 Stat. 676), and by section 1 of Public Law 105–225 (36 U.S.C. 136–137), the President has been authorized and requested to designate

May 15 of each year as ''Peace Officers Memorial Day'' and the week in which it falls as ''Police Week.''

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, do hereby proclaim May 15, 2020, as Peace Officers Memorial Day and May 10 through May 16, 2020, as Police Week. In honor of our hardworking law enforcement officers, Melania and I will light the White House in blue on May 15, 2020. I call upon all Americans to observe Peace Officers Memorial Day and Police Week with appropriate ceremonies and activities. I also call on the Governors of the States and Territories and officials of other areas subject to the jurisdiction of the United States, to direct that the flag be flown at half-staff on Peace Officers Memorial Day. I further encourage all Americans to display the flag from their homes and businesses on that day.

IN WITNESS WHEREOF, I have hereunto set my hand this eighth day of May, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

[FR Doc. 2020–10430
Filed 5–12–20; 11:15 am]
Billing code 3295–F0–P



**Federal Register**

Vol. 85, No. 79

Thursday, April 23, 2020

**Presidential Documents**

Title 3—

**The President**

**Proclamation 10010 of April 17, 2020**

**National Crime Victims' Rights Week, 2020**

**By the President of the United States of America**

**A Proclamation**

In 1981, President Ronald Reagan proclaimed the first National Crime Victims' Rights Week to acknowledge the abuse and trauma that victims of crimes often experience, and to recognize the tireless work of dedicated advocates who have taken up the cause of supporting crime victims across our country. Thanks to the efforts of these individuals, more victims are receiving the care they deserve and accessing tools to empower them as they recover. This week, we express our appreciation for those who support crime victims, and we reaffirm our strong commitment to reducing the trauma of crime for victims and their loved ones.

My Administration remains focused on helping victims of crime recover from and overcome the physical, emotional, and financial suffering they have endured. As one of my first acts as President, I established the Victims of Immigrant Crime Engagement (VOICE) Office within the Department of Homeland Security to serve the needs of Angel Families who suffered as a result of crimes committed by illegal immigrants. Additionally, for Fiscal Year 2018 alone, the Department of Justice's Office for Victims of Crime awarded more than $2.3 billion in grants for victim assistance and compensation programs. These dollars financed services for more than 6 million victims, provided millions in compensation, and did not cost taxpayers a dime. It all came from the fines and penalties paid by convicted Federal offenders. As part of our support for crime victims, we are also providing significant funding to operate local domestic violence shelters, elder abuse programs, child advocacy centers, rape crisis centers, homicide support groups, and other victim assistance programs across the United States. Through programs like these, victims of crimes are better able to begin the healing process and work to rebuild their lives.

Our Nation's law enforcement officers also provide critical support to crime victims. These brave men and women serve as the first line of response for many victims of crime, and my Administration remains committed to empowering them as they fulfill this and all of their duties to their communities. To further enhance public safety and the oversight of justice, my Administration established the Presidential Commission on Law Enforcement and the Administration of Justice. This commission, the first of its kind in more than 50 years, is set up to study the biggest threats to law and order and help our law enforcement officers increase the safety of our Nation. By providing more resources to first responders to carry out their mission, we are more effectively assisting crime victims and empowering law enforcement to prevent crimes before they occur.

This week, we are reminded that in many cases crime victims experience long-lasting trauma and need assistance. We must continue to champion efforts to expand their access to quality services and to fight alongside them to secure the justice they deserve. My Administration will never stop working to achieve this goal, and we will always strive toward a better future for all Americans free from crime.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, by virtue of the authority vested in me by the Constitution

and the laws of the United States, do hereby proclaim April 19 through April 25, 2020, as National Crime Victims' Rights Week. I urge all Americans, families, law enforcement, community and faith-based organizations, and private organizations to work together to support victims of crime and protect their rights.

IN WITNESS WHEREOF, I have hereunto set my hand this seventeenth day of April, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

*[Donald Trump signature]*

[FR Doc. 2020–08838
Filed 4–22–20; 11:15 am]
Billing code 3295–F0–P