# EXHIBIT 20

🇺🇸 An official website of the United States government Here's how you Know ⌄

Help for this page (FACAPublicHelp)

Committee Search

Member Search

Documents Search

Document Search supports common search operations such as boolean (AND, OR, AND NOT), phrases ("quick brown fox"), grouping with parentheses, and wildcards (documen*, jo?n).

**\* (required) Search Terms**

"presidential commission on law enforcement and the administration of justice"

Search

Other Search

## Document Search Results

### No records found

*This is a U.S. General Services Administration Federal Government computer system that is "FOR OFFICIAL USE O This system is subject to monitoring. Individuals found performing unauthorized activities are subject to discipl including criminal prosecutio*