# EXHIBIT 21

« Library of Congress **Share**

Results: 1-4 of 4 | Refined by: Available Online ✖

View: List | Go   Sort By: Relevance | Go



**PERIODICAL**

# United States Code: Justice System Improvement, 42 U.S.C. §§ 3721-3797 (Suppl. 3 1988).

**Contributor:** U.S. Congress
**Date:** 1988



**PERIODICAL**

# United States Code: Justice System Improvement, 42 U.S.C. §§ 3721-3797 (Suppl. 4 1988).

**Contributor:** U.S. Congress
**Date:** 1988



**PERIODICAL**

# United States Code: Justice System Improvement, 42 U.S.C. §§ 3721-3797 (Suppl. 2 1988).

**Contributor:** U.S. Congress
**Date:** 1988



**PERIODICAL**

# United States Code: Justice System Improvement, 42 U.S.C. §§ 3721-3797 (Suppl. 5 1988).

**Contributor:** U.S. Congress
**Date:** 1988

‹  1 ›

Results per page  25 ⌄  **Go**