## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States, <br><br> PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr, <br><br> PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and <br><br> KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, <br><br> Defendants. | Civil Action No. 20-1132 |

## DECLARATION OF MONIQUE L. DIXON

MONIQUE L. DIXON declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1.      I am the Director of State Advocacy and Deputy Policy Director of the NAACP Legal Defense & Educational Fund, Inc. ("LDF" or "Plaintiff").

2.      LDF is a nonprofit 501(c)(3) corporation, established under the laws of the State of New York, that uses litigation, advocacy, public education, and outreach to challenge laws,

policies, and practices that discriminate against African Americans and other communities of color in our society, including in the criminal justice system.

3.      LDF has worked in the area of policing reform since its inception. In 2015, we launched the Policing Reform Campaign, which uses policy and legislative advocacy, public education, community organizing, litigation, and communications strategies to advance laws, policies, and practices that will result in unbiased and accountable policing. As part of my role at LDF, I have served as Director of the Policing Reform Campaign for five years.

4.      Staff members of LDF's Policing Reform Campaign team have worked with attorneys, criminal justice reform advocates, police departments, law enforcement organizations, and other stakeholders to develop and promote fair and accountable policing practices.

5.      After the creation of the Presidential Commission on Law Enforcement and the Administration of Justice ("Commission"), in my position as Director of the Policing Reform Campaign, I regularly checked the Commission's website for its activities.

6.      In February 2020, I saw on the Commission's website that it was soliciting written comments from interested members of the public. The website initially listed the deadline for submissions as May 31, 2020.

7.      As of March 13, 2020, the website still listed May 31, 2020 as the end of the public comment period. **Exhibit A** is a true and correct copy of the archived Commission's webpage from March 13, 2020, downloaded as a PDF.

8.      When I checked the Commission's website on March 28, 2020, I learned that the Commission had, without any notice or explanation, shortened the comment window by two months, asking for all submissions to be made by March 31, 2020.

9.      To comply with the shortened time frame for comments, LDF submitted an abbreviated comment about the Commission and its operations on March 31, 2020. A true and correct copy of LDF's March 31, 2020 comment is attached as **Exhibit B**. LDF submitted a corrected copy of this letter to the Commission on May 20, 2020, which is attached as **Exhibit C**.

10.      On April 14, 2020, LDF received a letter via electronic mail from the Commission and signed by Phil Keith (Chairman of the Commission) and Katharine T. Sullivan (Vice Chair of the Commission).

11.      In the letter, the Commission stated that it had "re-opened the comment period which will now run until April 30." A true and correct copy of the Commission's April 14, 2020 response is attached as **Exhibit D**.

12.      I checked the Commission's website hosted by the U.S. Department of Justice on April 14, 2020; it made no reference to the new deadline for comments.

13.      On April 29, 2020, LDF submitted a supplemental comment letter ahead of the deadline.

14.      A true and correct copy of LDF's April 29, 2020 comment is attached as **Exhibit E**. LDF submitted a corrected copy of this letter on May 20, 2020, which is attached as **Exhibit F**.

15.      I regularly check the Commission's website for notice of any upcoming hearings or meetings. I have never seen advance notice of the Commission's hearings posted on the website or in the Federal Register.

16.      According to the Commission's website, the Commission held seven hearings over the course of 25 days, between February 27, 2020 and May 14, 2020. LDF did not learn of

any of these hearings until after the fact when information about them was posted on the Commission's website.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date:   May 28, 2020
        Washington, D.C.

MONIQUE L. DIXON