# EXHIBIT D

# President's Commission on Law Enforcement and the Administration of Justice

April 14, 2020

Sherrilyn Ifill
President and Director Counsel
NAACP Legal Defense and Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006-1738

Dear Ms. Ifill,

Thank you for your letter of March 31.  We have re-opened the comment period which will now run until April 30.  Please be assured that your letter, along with your comments and recommendations, will be reviewed by Commission staff.  We value highly the input of the NAACP Legal Defense and Educational Fund as well as input from civic and community groups, public safety scholars and others to complete the work of the Commission.  We appreciate you taking the time to share with us your insights and observations.

Kind regards,

Phil Keith
Chairman
President's Commission on Law Enforcement and the Administration of Justice

Katharine T. Sullivan
Vice Chair
President's Commission of Law Enforcement and the Administration of Justice

