UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.,<br><br>    Plaintiff,<br> v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States,<br><br>PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr,<br><br>PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and<br><br>KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice,<br><br>    Defendants. | Civil Action No. 20-1132 (JDB) |

### **[PROPOSED] ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion for Summary Judgment and opposition thereto, and the Court having considered the matter,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED; and

1

**IT IS FURTHER ORDERED** that all parties shall submit proposed remedial orders, along with any supporting authorities, no later than one week after entry of this Order; that any oppositions shall be filed within one week thereafter; and that any replies shall be filed within three days after submission of opposition papers.

**SO ORDERED**.

Dated: _____                    _____
                                                                    JOHN D. BATES, U.S.D.J.