*NAACP Legal Defense & Education Fund, Inc. v. Barr, et al.*,
**Case No. 1:20-cv-1132-JDB (D.D.C.)**

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WILLIAM F. BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-1132-JDB |

## THIRD DECLARATION OF DEAN M. KUETER, JR.

1.      The statements contained herein are based on my personal knowledge and information I obtained while performing my official duties.

2.      The President's Commission on Law Enforcement and the Administration of Justice (the "Commission"), which the Attorney General established on January 21, 2020, and whose membership was announced publicly on January 22, 2020, consists of 18 federal, state, or local officials, all of whom have other government responsibilities.  While each Commissioner currently works in the criminal justice system, the Commission's membership reflects broad diversity in terms of background, expertise, and the populations that the Commissioners serve, as illustrated by the professional biographies of the Commissioners, which are attached as Exhibit 1.

3.      The Commission has held 14 different hearings, consisting of 51 individual panels, all of which involved testimony from third-party witnesses (181 in total) who took the time to share their views on the Commission's work.  The Commission held its first hearing on February

27, 2020 and its final hearing took place on July 22, 2020. The Commission's panels were widely attended by phone, with an average of 92 listeners across all sessions.

4.  All of the Commission's hearings and panels have been open to attendance by the press, and hearing summaries and transcripts have been made available on the Department's public-facing website.

5.  In preparation for its hearings on Community Engagement, the Commission invited the following organizations to participate: The Vera Institute; the ACLU; the Leadership Conference on Civil and Human Rights; the Anti-Defamation League; the Human Rights Campaign; the National Action Network; the Center for Policing Equity; the Equal Justice Initiative; the Jewish Council for Public Affairs; the Sikh Coalition; the Innocence Project; and the Mid-Atlantic Chapter of the Innocence Project; the National Urban League; the Urban League of Central Florida; The Brennan Center; Families Against Mandatory Minimums; the National Coalition to Abolish the Death Penalty; the National Coalition for Black Civic Participation; the Legal Action Center; the Aleph Institute; the National Association of Criminal Defense Lawyers; the Racial Equity Institute; Not In Our Town; the Lambda Legal; the League of United Latin American Citizens; the Lawyers' Committee for Civil Rights Under Law; the National Association of Civilian Oversight of Law Enforcement; and the Voices of East African Women.

6.  In addition, the Commission invited outside organizations who did not appear before the Commission to submit written comments. The Commission received 178 written comments from organizations and individuals, including from the NAACP Legal Defense and Education Fund, Inc., which submitted its comments on March 31, 2020 and April 29, 2020.

7.  In addition to the Commissioners themselves, the Commission's work is supported by 15 working groups, which have a combined membership of 121 additional officials who are

2

not Commissioners. The working groups have conducted approximately 275 meetings and have heard from faith-based and other community organizations, civil rights groups, law enforcement associations, private businesses, state and local government officials, corrections officers; criminologists, academics, trade associations, and the members of the medical community.

8.      The Commission is also supported by 20 full-time and 6 part-time staff members, as well as by outside contractors. Using the 2020 General Schedule tables for federal government salaries, and taking into account the seniority of the federal staff persons involved, my conservative estimate is that staffing alone (excluding Commissioners' and working group members' time and administrative costs) has amounted to approximately $2.08 million in federal expenditures. The cost for federal contractors supporting the Commission's work amounts to an additional approximately $1.8 million. Easily thousands of hours of work have gone into supporting the Commission's work.

9.      By May 28, 2020, the Commission was fully staffed, its working groups were meeting, and it had held 8 hearings and convened 33 different panels to solicit input on the Commission's work.

10.      As of October 1, 2020, the Commission had concluded all of its hearings and fact-finding efforts and has settled on its recommendations.

11.      The Commission is only one week's worth of work away from having a final report available in an electronic format. I estimate that it would take an additional week to produce a printed hard copy version of the report.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: 9 Oct 2020

DEAN M. KUETER, JR.

# Exhibit 1



**Chairman Phil Keith**
**Police Chief (Ret.)**
**Director, Community Oriented Policing Services**

Retired Police Chief Phil Keith has nearly five decades of experience in law enforcement and public safety, including significant managerial positions at the Knoxville, Tennessee, Police Department, the Major Cities Chiefs Association, and the United States Department of Justice.  Most recently, he has served as Director of the Community Oriented Policing Services at the Department of Justice.

He gained major policy development experience through his membership on the Tennessee Peace Officer Standards and Training Commission, as a policy advisor to the Tennessee Municipal Advisory Service, as Commissioner of the Commission on Accreditation for Law Enforcement Agencies, as a member of the Senior Advisory Council for Homeland Security from its inception until 2008, and as a participant in the development of the U.S. Department of Homeland Security, as well as numerous other state and national policy advisory groups.

Mr. Keith served as the principal project director for the Major Cities Chiefs Association, which is an association of the largest police agencies in North America.  He has influenced policy development and implementation in all fifty states, the District of Columbia, and four U.S. territories on a variety of law enforcement issues.  He participated in the U.S. Department of Justice's Law Enforcement Ethics Task Force and other federal working groups designated to implement significant change in policing in America.  His experience in operational studies and activities include conducting more than fifteen trauma-based victims' roundtables for the U.S. Department of Justice and conducting numerous patrol staffing studies in large and small agencies including Los Angeles, Charlotte, Del Ray Beach, and many others.  He served as the principal author for the Bureau of Justice Assistance Law Enforcement Leadership Initiative and published numerous other articles and technical reports.  Mr. Keith has also performed more than 150 organizational assessments for law enforcement agencies, and conducted the first national survey of best practices and staffing for the U.S. Fire Administration.  Mr. Keith earned his undergraduate degree in criminal justice and business administration from East Tennessee State University, and an M.S. degree from the University of Tennessee.

We are proud to have Director Keith serve as the Chairman of this landmark Commission.  As the Department of Justice's principal agent of support for state and local law enforcement, and as someone who has occupied the highest levels of management and policymaking in various law enforcement capacities, Director Keith has the expertise, experience, and leadership necessary to lead this Commission.



**Vice Chair Katharine Sullivan**
**Principal Deputy Assistant Attorney General, Office of Justice Programs**

Katharine (Katie) Sullivan was appointed by Attorney General William Barr as Principal Deputy Assistant Attorney General of the Office of Justice Programs in June 2019.  She leads the Department of Justice's principal funding, research and statistical component, overseeing more than $5 billion in grants and other resources to support state, local and tribal criminal and juvenile justice activities and victim services.

Katie previously served on the White House Domestic Policy Council, and as Acting Director of the Justice Department's Office on Violence Against Women where she directed grants, training and other activities that reduce and respond to domestic violence, dating violence, sexual assault and stalking.

Before joining the Department of Justice, Katie served as a Colorado state trial court judge in the state's 5th judicial district, where she presided over misdemeanor, felony and civil matters including domestic violence cases, sexual assault sentencings and cases involving drugs and alcohol.  She heard 45,000 cases during her 11 years on the bench and also implemented and presided over a drug court and a driving under the influence (DUI) court.

Prior to becoming a judge, Katie served as a Deputy District Attorney in Colorado, prosecuting both felony and misdemeanor cases.  She worked closely with law enforcement and participated in a community-based collaborative domestic violence task force.

Earlier in her career, Katie spent time in private practice, serving as a member of Colorado's Victim Compensation Board where she trained law enforcement officials across the nation on risk and liability in jails and prisons.  She also served on the State Judicial Ethics Board.

We are pleased that Katie will be serving as Vice Chair of the Commission.  Given her experience as a prosecutor, judge, victims' rights advocate, and Department of Justice official responsible for law enforcement grants, as well as her extensive background in shaping policy for victims and law enforcement, she will be an important member of the Commission.



**David Bowdich**
**Deputy Director, Federal Bureau of Investigation**

David Bowdich has been Deputy Director of the FBI since March 2018. In this role, he oversees all FBI domestic and international investigative and intelligence activities.

In April 2016, Mr. Bowdich assumed the position of associate deputy director of the FBI, where he oversaw the management of all FBI personnel, budget, administration, and infrastructure. Prior to this appointment, he served as assistant director in charge of the FBI's Los Angeles Field Office from December 2014 to April 2016.

From September 2012 to December 2014, Mr. Bowdich served as the special agent in charge of the Counterterrorism Division in the Los Angeles Field Office. In that role, he led the Joint Terrorism Task Force, which was responsible for all international and domestic terrorism investigations in the Los Angeles region, surrounding counties, and the extraterritorial region of Southeast Asia. Additionally, Mr. Bowdich was responsible for all crisis management and response assets, which included the SWAT Team, Evidence Response Team, Hazardous Evidence Response Team, Underwater Search and Evidence Response Team, Rapid Deployment Team, Crisis Management Team, and special agent bomb technicians.

Mr. Bowdich began his career as an FBI special agent in 1995 in the San Diego Field Office, where he investigated violent crimes and gangs and served as a SWAT Team operator and sniper. In 2003, Mr. Bowdich was promoted to FBI Headquarters in Washington, D.C., where he served in the Criminal Investigative Division for one year and the Director's Office for one year. Mr. Bowdich returned to San Diego and supervised a multiagency gang task force for almost four years before being promoted in place to serve as the assistant special agent in charge over all non-white-collar crime criminal violations, the Imperial County Resident Agency, the SWAT Team, and the Evidence Response Team.

Mr. Bowdich's extensive experience in law enforcement investigating various crimes and criminals, including participation on colloborative multi-agency task forces, will aid the Commission substantially.



**James Clemmons, Jr.**
**Sheriff, Richmond County, North Carolina**

Sheriff James "Clem" Clemmons, Jr. currently serves as the Sheriff of Richmond County, North Carolina.

His career in law enforcement began when he was hired as a Patrol Deputy at the Richmond County Sheriff's Office in 1989. In 1991, he was promoted to Sergeant and assigned to the Detective Division. James was promoted to Lieutenant in 1997 and promoted again in 1998 to Captain. He served as a Captain in the Sheriff's Office until 2002. On July 7, 2002, James was promoted to the rank of Major. He has the distinction of being the first person of color to attain the rank of Major in the Richmond County Sheriff's Office. In November of 2010, James Clemmons was elected as the Sheriff of Richmond County. He is the first person of color to be elected as Sheriff in the history of Richmond County and the third Sheriff elected in 60 years. He is the chief law enforcement executive in Richmond County.

During his thirty five-year law enforcement career, Sheriff Clemmons has served in many capacities with the Richmond County Sheriff's Office. He has served as the Commander of the Richmond County Sheriff's Office SRT (Special Response Team) and the Community Police Coordinator for the Town of Dobbins Heights. He has managed the operations of the Civil Division, Patrol Division, Jail and Courts.

Serving at numerous ranks, roles, and offices, Sheriff Clemmons's experience protecting his community at various levels of law enforcement merits his membership in this Commission.



**D. Christopher Evans**
**Chief of Operations, Drug Enforcement Administration**

D. Christopher ("Chris") was permanently appointed in September 2019 as the Drug Enforcement Administration (DEA) Chief of Operations and Assistant Administrator for the Operations Division. As Chief of Operations he commands DEA's global drug enforcement efforts in 240 domestic offices in 23 divisions throughout the United States and 93 foreign offices in 69 countries, as well as DEA's Special Operations Division. In this role, Mr. Evans also serves as the principal advisor to the DEA Administrator and Deputy Administrator on all matters pertaining to the daily worldwide operations of DEA.

Previously, he served as the first Special Agent in Charge of the Louisville Field Division. Established on January 1, 2018, under Mr. Evans' leadership, the division serves Kentucky, Tennessee and West Virginia,

strengthening DEA's presence in the central Appalachia region. In June 2017, Mr. Evans was selected for the position of Associate Special Agent in Charge of DEA's Detroit Field Division where his area of responsibility encompassed the states of Michigan, Ohio and Kentucky.

Mr. Evans is a graduate of Rutgers University with a Bachelor of Arts Degree in Urban Studies and a Master's Degree in Political Science. He also received a Certificate in Senior Executive Leadership from Georgetown University and has completed the DEA SES Leadership Program at the University of Notre Dame.

Mr. Evans began his law enforcement career with the Drug Enforcement Administration in 1992 at the Washington Field Division and then transferred to the Los Angeles Field Division, where he was later promoted to be a Supervisory Special Agent (Group Supervisor). In this role, he led international investigations targeting crime syndicates conducting worldwide money laundering schemes and international drug operations.

In 2006, Mr. Evans was reassigned to DEA Headquarters in Arlington, Virginia, where he was assigned to the Operations Division, Mexico and Central America section. During this assignment, he represented DEA on the Department of Justice's Committee on International Gangs. Mr. Evans was promoted during his tour at DEA Headquarters, and he served a year as the Executive Assistant to the Chief of Operations, followed by two years served as the Executive Assistant to the DEA Administrator.

Mr. Evans returned to the Los Angeles Field Division when appointed the Assistant Special Agent in Charge in 2010. During his tenure, Mr. Evans also led the establishment of the Los Angeles Organized Crime Drug Enforcement Task Force strike force and served as the first strike force commander.

Given his far-reaching service across the country investigating crime, his participation and oversight of federal-state task forces, and his deep knowledge of law enforcement efforts to combat harmful drugs, as well as their effects on public safety, we are pleased Mr. Evans will be joining this Commission.



**Frederick Frazier**
**City Council, McKinney, Texas**

Frederick Frazier currently serves as an officer in the Dallas Police Department, as well as a City Council member for the city of McKinney, Texas.  Elected as an At Large member in 2019, Council Member Frazier is a 24-year veteran with the Dallas Police Department and spent more than 15 years with the U.S. Marshals Service. He is currently the First Vice President of the Dallas Police Association (DPA) and works closely with area law enforcement officials to provide guidance on labor and law enforcement issues.

Council Member Frazier is actively engaged with local, regional and state politicians through established relationships built while participating in the past four legislative sessions. Council Member Frazier is an alumni of the Leadership McKinney Class of 2012. He is focused on giving back to the community and is a long-time volunteer with Assist The Officer Foundation (ATO) in their day-to-day operations, fundraising, marketing and networking to increase public awareness of the organization. He was instrumental in implementing a confidential counseling program specifically designed to assist officers and their families at no cost to them.

Council Member Frazier's diverse background in federal law enforcement, state law enforcement, and local government will prove invaluable to the Commission.  In addition to experiences protecting his community in a variety of positions in federal and state law enforcement, his service as City Council member presents a unique perspective.  His understanding of budgets, lawmaking, and policy making from the perspective of a legislator will supply an important and distinct viewpoint for the Commission.



**Robert Gualtieri**
**Sheriff, Pinellas County, Florida**

Bob Gualtieri began his law enforcement and public service career as a detention deputy working in the Pinellas County jail in 1982.  After attending the police academy, he joined the Dunedin Police Department as a patrol officer and later rejoined the Pinellas County Sheriff's Office as a law enforcement deputy.  Over the next 15 years Sheriff Gualtieri served in many different components of the agency, including several years conducting domestic and international drug trafficking investigations as part of a DEA task force.

Sheriff Gualtieri earned his bachelor's degree from Eckerd College in St. Petersburg and his law degree from Stetson University College of Law.  After graduating from Stetson and being admitted to the Florida Bar, Sheriff Gualtieri entered private practice in Tampa, specializing in labor and employment defense.  Sheriff Gualtieri is admitted to practice law in all Florida courts, before the United States Supreme Court, as well as the United States Court of Appeals for the Eleventh Circuit and the United States District Courts in the Northern, Middle, and Southern Districts of Florida.

Sheriff Gualtieri returned to the Pinellas County Sheriff's Office in 2006 as its general counsel and was appointed chief deputy (second in command) in 2008.  Sheriff Gualtieri served in the dual role of general counsel and chief deputy until the governor appointed him sheriff in 2011.  He was elected and re-elected sheriff in 2012 and 2016, respectively.

Sheriff Gualtieri is president of the Florida Sheriffs Association (FSA) and serves on the board of directors of the Major County Sheriffs of America (MCSA).  He is also an Executive Fellow for the National Police Foundation, a member of the National Sheriff's Association (NSA), International Association of Chiefs of Police, and the Police Executive Research Forum.

On a national level, Sheriff Gualtieri has represented NSA and MCSA while working with U.S. Immigration and Customs Enforcement (ICE) to develop a lawful process that prevents the release of criminal illegal aliens back into the community from our jails.

Sheriff Gualtieri's leadership and management experience policing his community and serving national law enforcement organizations make him a worthy member of the Commission.



**Gina Hawkins**
**Chief of Police, Fayetteville, North Carolina**

Chief Gina V. Hawkins is the Chief for the City of Fayetteville North Carolina Police Department and has over 31 years of exceptional law enforcement experience.  Chief Hawkins holds a Bachelor of Science degree in Criminal Justice from Georgia State University and a Master's of Science in Management degree from John Hopkins University.  She started her career in 1988 with the City of Atlanta police department. While at the City of Atlanta Police Department, Chief Hawkins worked in the Patrol, Crime Analysis, Investigations and Internal Affairs divisions. She retired as an Assistant Zone Commander from the Atlanta Police Department in 2006 and went on to assist the newly formed police department in the City of Sandy Springs, Georgia as a Commander which was formed on July 1, 2006. Chief Hawkins was instrumental in establishing an efficient, forward thinking police department and commanded units including Patrol, Internal Affairs, and Administrative Services. In 2013, Chief Hawkins joined the Clayton County Police Department as a Deputy Chief of Police where she presided at different times over both the Operational Command and the Support Service Command of the department.  This provided her the experience of commanding every aspect of the Clayton County Police Department.

Chief Hawkins is a graduate of the FBI National Associates Academy – Session 252 and was chosen to be a delegate in the prestigious 23rd Georgia International Law Enforcement Exchange (GILEE), where she travelled to Israel with other law enforcement executives to study and evaluate the Israeli Police Force.  Chief Hawkins is also a 2010 graduate of the Senior Management Institute for Police (SMIP) presented by the Police Executive Research Forum (PERF).

Chief Hawkins received the We Are Clayton Magazine 2016 Living Legend Award and was awarded a place on Georgia's 100 Most Powerful and Influential Award by Women Looking Ahead News in 2014.  Chief Hawkins was awarded the North Carolina Dogwood Award by Attorney General Joshua H. Stein for pursuing community solutions to North Carolina's most pressing safety issues.  Chief Hawkins is a member of the International Association of Association of Chiefs of Police, the North Carolina's Association of Chiefs of Police, the North Carolina Police Executive Association (NCPEA), the National Organization of Black Law Enforcement Executives (NOBLE), National Association of Women Law Enforcement Executives (NAWLEE), and the Hispanic American Police Command Officers Association (HAPCOA).

Chief Hawkins's significant experience policing urban communities of varying sizes and needs, as well as her diverse positions in law enforcement crossing both city and state, make her a worthy member of the Commission.



**Regina Lombardo**
**Acting Director, Bureau of Alcohol, Tobacco, Firearms & Explosives**

Ms. Lombardo is ATF's first female Acting Director.  Previously, she served as the Acting Deputy Director, with Head of Agency responsibilities.  Ms. Lombardo's duties included day-to-day operations for the entirety of ATF, which is charged with enforcing laws and regulations related to firearms, explosives, arson, and alcohol and tobacco trafficking.

A member of the Senior Executive Service and an experienced law enforcement professional, Ms. Lombardo began her law enforcement career in 1992, as a special agent in the ATF Miami Field Division.  Rising through the ranks at ATF, she served in many management positions including Assistant Director of the Office of Human Resources and Professional Development; Deputy Assistant Director of Field Operations' Central Region; Special Agent in Charge of the Tampa Field Division: Assistant Special Agent in Charge of the New York Field Division; Chief, ATF's Leadership Institute; Group Supervisor for the High Intensity Drug Trafficking Area Task Force in Miami, Florida; and as Assistant ATF Country Attaché in Toronto, Canada.

Ms. Lombardo holds a bachelor's degree from the University of South Florida and is a member of several organizations which include: Women in Federal Law Enforcement, the National Association of Women Law Enforcement Executives, the Florida Sheriffs Association, the International Associations of Chiefs of Police, and Major City Chiefs.

As ATF Director, Ms. Lombardo oversees a federal law enforcement agency that consistently works to combat violent crime with state and local law enforcement partners.  This experience, as well as her prior service at the ATF in various capacities and places to protect communities from violent crime, provide extensive exposure to how state, local, and federal law enforcement combat violent crime.



**Erica MacDonald**
**United States Attorney, District of Minnesota**

Erica MacDonald was sworn in as the United States Attorney for the District of Minnesota on June 11, 2018. U.S. Attorney MacDonald was nominated by President Donald Trump on April 10, 2018, and confirmed by the U.S. Senate on May 24, 2018. As United States Attorney, Ms. MacDonald is the top-ranking federal law enforcement official in the District of Minnesota. The office is responsible for prosecuting federal crimes in the district, including crimes related to terrorism, firearms, narcotics, child

exploitation, human trafficking, financial fraud, healthcare fraud, and public corruption. The office is also responsible for representing the United States in affirmative and defensive civil cases, as well as assisting communities throughout Minnesota in appropriate community-building efforts designed to enhance public safety.

Before taking office, U.S. Attorney MacDonald was a judge in Dakota County since 2009. Prior to her judgeship, from 2000-2009, U.S. Attorney MacDonald served as an Assistant U.S. Attorney for the Northern District of Illinois and for the District of Minnesota. She began her legal career in 1997 as a judicial clerk to Judge James Henry Alesia of the U.S. District Court in Chicago. She then joined the firm of Kirkland and Ellis in 1999.  U.S. Attorney MacDonald received her J.D. degree, with honors, from DePaul University College of Law, and her B.A. degree from the University of Notre Dame.

Through her tenure, U.S. Attorney MacDonald has overseen prosecution and law enforcement over many rural and tribal communities, and she will bring this important perspective to the Commission.



**Ashley Moody**
**Attorney General of Florida**

Ashley Moody currently serves as the Attorney General of Florida.  Attorney General Moody was born and raised in Plant City, Florida. She attended the University of Florida where she earned her bachelor's and master's degrees in accounting and law degree. She later attended Stetson University College of Law earning a Masters of Law in International Law.

Attorney General Moody began her legal career with the law firm of Holland & Knight where she practiced commercial litigation. In her spare time, she volunteered assisting domestic violence victims seeking protection in court.

She subsequently joined the United States Attorney's Office prosecuting drug, firearm, and fraud offenses. While a federal prosecutor, General Moody was commended by the DEA for prosecutorial excellence and outstanding initiative in drug law enforcement. She was also recognized by the Florida Department of Law Enforcement for her lead of "Operation Round-Up," a targeted prosecution of violent and repeat offenders.

In 2006, at the age of thirty-one, Attorney General Moody became the youngest judge in Florida when she was elected Circuit Court Judge of the Thirteenth Judicial Circuit in Hillsborough County. As a judge, she founded the Attorney Ad Litem program recruiting volunteer attorneys to stand in the place of parents who did not appear in court with their children. She also developed a mentoring program for at-risk children within the juvenile delinquency system.

Attorney General Moody served as an adjunct professor at Stetson University College of Law and on the judicial faculty for Florida's New Judges College, Advanced Judicial Studies, and the Circuit Judges Conference. She was a frequent lecturer on crime and justice as well as best practices for Florida attorneys. In 2015, Attorney General Moody was recognized by the National Legal Services Corporation for her significant contributions to pro bono legal service and was awarded the Florida Supreme Court's Distinguished Judicial Service Award.

On January 8, 2019, Attorney General Moody became Florida's 38th Attorney General. Since taking office as Attorney General, Moody has been recognized as a national leader having been appointed to the Executive Committee of the National Association of Attorneys General and to the Board of Directors for the Rule of Law Defense Fund. General Moody is the Chair of Florida's Statewide Council on Human Trafficking and was recently appointed by the Governor as Chair of Florida's Statewide Task Force on Opioid Abuse.

As a former federal prosecutor and state judge, and now as the chief legal officer and prosecutor of Florida, Attorney General Moody brings an important perspective and set of experiences to the Commission from the perspective of both federal and state law enforcement, and on a wide range of issues affecting law enforcement.



**Nancy Parr**
**Commonwealth's Attorney, Chesapeake, Virginia**

Nancy G. Parr currently serves as the Commonwealth Attorney for Chesapeake, Virginia. She graduated from the University of Virginia with High Distinction and from T.C. Williams School of Law at the University of Richmond. Ms. Parr has been practicing law since 1983. She was a prosecutor in Suffolk for ten years and has worked in Chesapeake since 1994. For six of those years, she also served as a Special Assistant United States Attorney in the Eastern District of Virginia. Also, she was an instructor at the National Advocacy Center from 2001 through 2010.

On March 1, 2005, Ms. Parr was sworn in as the Commonwealth's Attorney for the City of Chesapeake to complete her predecessor's term. She was first elected in November 2005. Since that date, she has implemented new programs and has promoted community outreach in addition to carrying out the traditional role of a prosecutor's office. Her programs include Girls' Empowerment Conferences, Boys' Leadership Conferences, "Traveling the Road to Success" multi-week programs, and 'Playing on the Right Team" basketball tournaments.

In addition to her work obligations, Ms. Parr is a member of many boards and organizations and volunteers her time to raise funds for charitable organizations. Some of these include the National District Attorneys Association (President –Elect 2019-2020, Vice-President for 2017-2020 and Director for 2016), Virginia Association of Commonwealth's Attorneys (President 2014-2015), Commonwealth's Attorney Service Council (Chairman 2014-15), State Crime Commission (2012-14), Governor's Task Force on Prescription Drug and Heroin Abuse, Secure Commonwealth Panel Subcommittee, Virginia State Bar Council (1st Judicial Circuit representative), Chairman on Board of Governors for the Criminal Law Section of the Virginia State Bar, State Child Fatality Review Team, Domestic Violence Advisory Committee, Boys and Girls Clubs of Southeast Virginia Chesapeake Division, the Women's Club of South Norfolk, and Steering Committee for the CHIP Duck Race. Since 2015, she has been a Child Life Volunteer at the Children's Hospital of the King's Daughters.

Ms. Parr was recognized by Virginia Lawyers Weekly as a 2018 Leader in the Law, inducted as a Virginia Law Foundation Fellow in 2017, awarded the 2016 Robert F. Horan, Jr. Outstanding Commonwealth's Attorney Award and the 2014 John Hanna Youth Traffic Safety Award, received the Alpha Phi Alpha Fraternity, Inc., Eastern Region Certificate of Appreciation in 2012, named Grand Marshall for the 2011

South Norfolk 4th of July Parade, selected as 2008 Woman of the Year for the Women's Division of the Chamber of Commerce Chesapeake, and was the recipient of the Martin Luther King Leadership Award in 2007.

Ms. Parr's experience as a prosecutor in both state and federal government, and civic engagement on many issues involving criminal justice and law enforcement, make her a valuable addition to the Commission.



**Craig Price**
**Secretary, South Dakota Department of Public Safety**

Craig Price is the Cabinet Secretary of the South Dakota Department of Public Safety. Secretary Price has oversight of several state agencies to include the Highway Patrol, the Office Emergency Management, Homeland Security, the State Fusion Center, the Office of Highway Safety and Victim Services to name a few. Secretary Price is a career law enforcement officer for the state of South Dakota, where in addition to his leadership positions, he has served as a State Trooper and a Special Agent. Prior to being appointed Cabinet Secretary by Governor Kristi Noem, Secretary Price served as the 13th Superintendent of the South Dakota Highway Patrol, a position he held for over 8 years.

As the Superintendent, Secretary Price was the key author of two strategic plans in partnership with the University of South Dakota. Under his leadership, the Highway Patrol achieved many of the key tasks and goals identified in those plans. The Highway Patrol implemented over 60 positive changes to their organization during Secretary Price's tenure as Superintendent. Those changes were made at the recommendation of Highway Patrol employees (line level officers, civilian employees and senior command), the citizens of South Dakota and external stakeholders of the Highway Patrol to include police chiefs and sheriffs. In 2016, the Highway Patrol was recognized by the Department of Justice for their work in advancing policing.

Secretary Price graduated with a bachelor's degree from South Dakota State University in 1996 and the FBI National Academy in 2008. Secretary Price is a licensed polygraph examiner and he has held several key positions on various boards, commissions, national and international organizations throughout his law enforcement career. Most notably Secretary Price served as an Attorney General appointee on the South Dakota Law Enforcement Training Commission from 2011 – 2019. Secretary Price currently serves on the executive board of the International Association of Chiefs of Police where he represents all state and provincial law enforcement agencies.

Through his experience holding statewide office in law enforcement, as well as his tenure policing rural and tribal communities, Secretary Price brings a unique perspective and experience to the Commission.



**Gordon Ramsay**
**Chief of Police, Wichita, Kansas**

Gordon Ramsay currently serves as the Chief of Police for Wichita, Kansas.  Chief Ramsay was appointed as the Wichita Police Chief in January, 2016.  Prior to that he had worked his way of the ranks of the Duluth, Minnesota Police Department and served as police chief from 2006-2016. Chief Ramsay got an early start in policing at the age of 20 and has been committed to the community policing philosophy since the beginning of his career.

Since becoming the Wichita Chief, he has focused on partnering with our community to lower crime and increase satisfaction with police.  Working with community members and elected officials he established a successful citizen review board and initiated liaisons with various communities focused on building trust. Overall part one crime decreased in both 2018 and 2019 under the Chief's leadership. Chief Ramsay worked with the City Council, Mayor and City Manager to add 70 police officers, build four new police stations and purchase and implement a new records management system.

Under Chief Ramsay's leadership federal grants have quadrupled in dollar amount and is helping reduce gun violence and fund important crime reduction initiatives.  The City's first Crime Gun Intelligence Center was created in 2019 under the direction and guidance of the chief.

Chief Ramsay has his Bachelor's Degree in Criminology and Sociology and a Master's Degree in Management and is actively involved with the Major City Chiefs Association and Kansas Chiefs of Police Association. He previously served as the General Chair of the Mid-Sized Agency Section (2012-2013) of the IACP, President of the Minnesota Chiefs of Police Association (2014-2015) and is currently an Advisory Board Member of the Council of State Governments-Justice Center and on the Board of the Wichita area YMCA's and the Boys and Girls Clubs of South Central Kansas.  He is a graduate of the FBI National Academy session 222.

Chief Ramsay's experience policing urban communities in multiple states makes him an important addition to the Commission.



**David B. Rausch**
**Director, Tennessee Bureau of Investigation**

Director Rausch was born in Louisville, Kentucky. He earned his Bachelor of Arts in Political Science in 1986 and his Master of Science in Justice Administration in 2001, both from the University of Louisville. He was enlisted and served in the United States Army Military Police Corps from 1986 to 1990 where he attained the rank of Sergeant. He served for 25 years in the Knoxville Police Department from 1993 to 2018, his last 7 years as Chief of Police. He also served on the departments Special Operations Squad (SWAT Team) for 10 years from 1997 to 2007. He was appointed as the 9th Director for the Tennessee Bureau of Investigation by Governor Bill Haslam in June 2018.

He is a graduate of several prestigious law enforcement and leadership training programs to include; the 105th Administrative Officers Course of the Southern Police institute, the FBI 218th National Academy, the FBI Tennessee Law Enforcement Executive Development Seminar, the Police Executive Research Forum 40th Senior Management Institute for Police, the FBI Leadership in Counter Terrorism Course Atlantic Session, the FBI 36th National Executive Institute, the United States Secret Service Executive Protection Seminar, the United States Army War College Commandant's National Security Program, the 27th Georgia International Law Enforcement Exchange Delegation to Israel, Leadership Knoxville, Leadership Nashville, and Leadership Tennessee.

Director Rausch has served in leadership roles for numerous community and professional service organizations to include; the International Association of Chiefs of Police, the Appalachia High Intensity Drug Trafficking Areas, the Tennessee Association of Chiefs of Police, the Association of State Criminal Investigative Agencies, Leadership Knoxville, the Knoxville Change Center, the Trinity Health Foundation, the Volunteer Ministry Center Knoxville, the Knoxville Metro Drug Coalition, the Mental Health Association of East Tennessee, the Boys and Girls Clubs of the Tennessee Valley, and the University of Tennessee Law Enforcement Innovation Center.

He is an instructor in various law enforcement topics. He has taught sworn and non-sworn personnel throughout the U.S. He worked with the U.S. Department of State on training Commanders from the Jamaican Constabulary Forces in Kingston, Jamaica on Tactical Responses to Terrorism. He is an Adjunct Faculty member of Bethel University for the College of Professional Studies Online Criminal Justice Program.

Director Rausch has served as an advisor to legislators on the local, state, and federal level, including the Governor of Tennessee, Congress members, Senators, and Executive Staff members to the past two Presidential administrations. He has helped draft, support, pass and defeat significant legislation at all levels of government that impact the safety of communities. He has testified in front of Congress on preparing for and preventing Domestic Terrorism.



**John Samaniego**
**Sheriff, Shelby County, Alabama**

John Samaniego currently serves as the sheriff of Shelby County, Alabama.

With more than 40 years in law enforcement, John Samaniego was elected sheriff of Shelby County, Alabama in 2014 and was re-elected in 2018. Prior to being elected sheriff, he served 12 years as the county's chief deputy. Earlier in his law enforcement career, Samaniego served as the commander of the West Alabama Narcotics Task Force, prior to serving as the Assistant Chief of Police of the Tuscaloosa Police Department (AL).

He is a graduate of the FBI National Academy, the DEA's Drug Unit Commanders Academy, the U.S. Secret Service Executive Protection School, the FBI National Executive Institute and the National Sheriff's Institute. Samaniego holds a law degree from the Birmingham School of Law and a Bachelor of Science degree in Social Work and Criminal Justice from the University of Alabama.

Sheriff John Samaniego has organized and chaired multiple committees on the local, state, and national level, which focus on victim services and advocating for law enforcement.

Sheriff Samaniego's extensive background in state and local law enforcement make him a worthy addition to the Commission.



**James Smallwood**
**Sergeant, Metropolitan Nashville Police Department**

James Smallwood is the current President of the Nashville Fraternal Order of Police, Andrew Jackson Lodge #5 which actively represents nearly 2000 members on issues related to the law enforcement profession.  He has served in this role since July of 2016.  As President, he has worked to negotiate for better pay, benefits and working conditions for the officers that work for the Metropolitan Nashville Police Department, implemented new policies and procedures to advance the efficiency of the organization and managed multiple not for profit entities successfully.  Sergeant Smallwood also serves as the chairman of

the marketing committee and is a sitting member of the strategic planning committee for the National Fraternal Order of Police, an organization that represents 350,000 members nationwide.

Sergeant Smallwood has also served as the President of the Andrew Jackson Police Youth Camp, a not for profit charitable organization whose mission is to build positive relationships with the police officers of Nashville and the communities they serve by breaking down the cultural barriers that exist through various community programs.  For more than 50 years, the youth camp has conducted a 6-week youth camp program for at-risk or low-income children as well as the annual holiday Shop With a Cop program.  Sergeant Smallwood recently oversaw the expansion of this organizations reach by establishing the Caring Police Respond program, where officers who identify a member in their community who is facing adversity, with no means to overcome it, can request financial aid to help them overcome whatever situation they may be facing.

Sergeant Smallwood has also served with the Metropolitan Nashville Police Department for 10 years.  Starting in 2010, James served as a patrol officer for three years before advancing to the departments flex unit; a unit whose sole focus was to proactively combat crime by engaging the criminal element, locating and seizing illegal narcotics and weapons and apprehending individuals who were involved in criminal activity.  Sergeant Smallwood served with the flex unit for approximately one year before advancing to the department's criminal investigations unit where he served as a detective for approximately one year.  Sergeant Smallwood then moved to the departments strategic development division, a unit responsible for development of departmental policy, compliance with the standards set forth by the commission on accreditation for law enforcement agencies (CALEA) and various other tasks as assigned by the Chief of Police.  Sergeant Smallwood served in this role for one year before being promoted to the rank of Sergeant.  Upon his promotion, he returned to the department's patrol division where he served as a district sergeant in the east precinct.

Sergeant Smallwood's experience as a line officer policing urban communities, as well as his organizational leadership on behalf of law enforcement rank and file, make him a worthy member of the Commission.



**Donald W. Washington**
**Director, United States Marshals Services**

Donald W. Washington was nominated by President Donald J. Trump to lead the United States Marshals Service (USMS) on Oct 2, 2018.  The United States Senate confirmed his nomination on March 14, 2019, and Washington was sworn in as the 11th Director of the USMS on March 29, 2019.  As the leader of America's oldest federal law enforcement agency, Director Washington directs a force of more than 5,000 operational and administrative employees spanning 94 districts, 218 sub-offices and four foreign field offices.  Additionally, as the USMS holds a central position in the federal justice system, Director Washington is responsible for all operations involving federal judicial security, fugitive apprehension, witness security, asset forfeiture, and prisoner operations.

Director Washington began his career as an engineer at Conoco, Inc.  After completing law school, he served in both corporate and private practice, litigating issues as varied as employment discrimination to tort, criminal, commercial and business issues.  In 2001, President George W. Bush appointed him U.S.

Attorney for Western Louisiana, a 42-parish federal jurisdiction that includes Lafayette, Shreveport, Alexandria, Monroe and Lake Charles.  Washington served on several U.S. Attorney General's Advisory Committees, as well as subcommittees on Anti-Terrorism, Civil Rights, Controlled Substances, and Native American Issues.  Washington also served as the Chairman of the Southeastern U.S. Organized Crime Drug Enforcement Task Force.  In 2010, he returned to private practice in Lafayette, Louisiana.

Director Washington hails from Sulphur Springs, Texas and graduated from the United States Military Academy at West Point, New York in 1977.  He served in the United States Army as an Air Defense Artillery Officer both on active duty and in the U.S. Army Reserve.  In 1989, he received his Juris Doctor from South Texas College of Law, Houston, Texas.

Director Washington's tenure as a United States Attorney, prosecutor, and leader of a federal law enforcement agency that consistently partners with state and local law enforcement, all make him a worthy member of the Commission