IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., | ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 1:20-cv-1132-JDB |
| *v.* | ) ) ) | |
| WILLIAM F. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## ERRATA

Defendants file this errata to correct an error that LDF's counsel has brought to Defendants' attention. In Defendants' reply brief on remedies, the undersigned inadvertently misconstrued LDF's reply brief to state that LDF had disclaimed a request for the disclosure of documents or records. Defs.' Remedies Reply at 2, ECF No. 50. LDF's response brief states that "Plaintiff *does seek* the disclosure of documents and records as part of its request." Pl.'s Remedies Response at 2 (emphasis added); *compare* Defs.' Remedies Reply at 2 (incorrectly quoting LDF's response brief as stating that LDF "does not" seek documents and records).

The undersigned apologizes to the Court for the error. The fact that LDF seeks documents and records in addition to a use injunction, however, does not distinguish this case from *National Resources Defense Council v. Pena*, 147 F.3d 1012, 1025 (D.C. Cir. 1998), and does not establish standing to obtain a use injunction. Defendants have never disputed that LDF has informational standing, but it is a separate question whether LDF's asserted injuries would be remedied by an unprecedented use injunction. *See* Defs.' Remedies Mem. at 3, ECF No. 3 (citing *Friends of the Earth v. Laidlaw Envt'l Servs. (TOC), Inc.*, 528 U.S. 167, 185 (2000)). LDF lacks standing for

2

that remedy for the reasons explained in Defendants' briefs.  *See id.* at 3–5; Defs.' Remedies Reply at 1–2.

Dated: October 20, 2020                                          Respectfully submitted,

                                                          JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*