IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| NATIONAL LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>WILLIAM F. BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br>*Defendants.* | Case No. 1:20-cv-1132-JDB |

**DEFENDANTS' RENEWED PARTIAL MOTION TO DISMISS**

For the reasons stated in the accompanying memorandum of points and authorities, and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and this Court's November 23, 2020 Order, Defendants respectfully ask that the Court dismiss, for lack of standing, Plaintiff's remaining claim under Section 5(b)(3) of the Federal Advisory Committee Act, 5 U.S.C. app. 2 § 5(b)(3), in Count I of the Amended Complaint. In the alternative, if the Court concludes that Plaintiff has standing, the Court should enter judgment for Plaintiff on that claim.

Dated: November 30, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

                                        Washington, DC 20005
                                        Tel: (202) 305-0878
                                        Email: Bradley.Humphreys@usdoj.gov

                                        *Counsel for Defendants*