IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| NATIONAL LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM F. BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-1132-JDB |

**[PROPOSED] ORDER**

Having considered Defendants' motion to dismiss Plaintiff's remaining claim under Section 5(b)(3) of the Federal Advisory Committee Act, 5 U.S.C. app. 2 § 5(b)(3), in Count I of the Amended Complaint, Plaintiff's response, and the entire record, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED.


Dated: _____          _____
                                                                    JOHN D. BATES
                                                                    Senior United States District Judge