UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States, <br><br> PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr, <br><br> PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and <br><br> KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, <br><br> Defendants. | Civil Action No. 20-1132 (JDB) |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PUBLICLY
DISCLOSE DOCUMENTS REQUIRED BY THE
FEDERAL ADVISORY COMMITTEE ACT**

Plaintiff, NAACP Legal Defense and Educational Fund, Inc. ("LDF"), through undersigned counsel, respectfully submits this Motion to Compel Defendants to Publicly Disclose Documents Required by the Federal Advisory Committee Act.

1

This Court has found that Defendants are subject to the requirements of the Federal Advisory Committee Act ("FACA") (Memorandum Opinion, ECF No. 45), and thus must publicly release documents subject to Section 10(b) of the statute (Order, ECF 56). For the reasons set forth more fully in the accompanying memorandum of points and authorities, such documents include materials "which were made available to or prepared for or by" the Presidential Commission on Law Enforcement and the Administration of Justice ("Commission"), even if not shared with each of its members; the Commission's working groups' documents; and preparatory or administrative documents of the Commission. Defendants have refused, however, to provide such materials, asserting without basis that they are not subject to disclosure under FACA.

**WHEREFORE**, Plaintiff LDF respectfully requests that this Motion be granted, and the Court order the Defendants to publicly disclose the withheld documents, in accordance with the requirements of Section 10(b) of FACA.

Dated: January 4, 2020                    Respectfully submitted,

/s/ Natasha C. Merle
Samuel Spital, Bar No. SS4839
Natasha C. Merle*
Ashok Chandran*
Steven Lance*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
sspital@naacpldf.org
nmerle@naacpldf.org
achandran@naacpldf.org
slance@naacpldf.org

*admitted *pro hac vice*