# EXHIBIT B

Public Record Requests
**FAYETTEVILLE, NC**

MAKE REQUEST    ALL REQUESTS    DOCUMENTS

## ‹ Request #20-793 ›

☑ CLOSED

To Whom It May Concern:

Pursuant to the provisions of the North Public Records Law, the NAACP Legal Defense & Educational Fund, Inc. (LDF) writes to request certain documents related to Gina Hawkins's work on the Presidential Commission on Law Enforcement and the Administration of Justice ("Commission"), which was formed by Attorney General William Barr on January 22, 2020.

Those documents are:

1. Any and all communications relating to the service of Gina Hawkins on the Commission, including his designation to serve on the Commission;

2. All documents, including emails, exchanged between Commission members (or members of any of its working groups) and members of the Fraternal Order of Police, the Major County Sheriffs of America, or any other law enforcement interest group;

3. All documents, including emails, concerning the timeline for the Commission's work, including the timeline for publication of any reports by the Commission;

4. Documents sufficient to identify the membership of each working group used by the Commission;

5. Any and all documents shared with the Fayetteville Police Department regarding the formation of the Commission, including but not limited to all correspondence, statements, memoranda; and

6. Any and all records, reports, transcripts, minutes, appendices, working papers, drafts, studies, agendas, or other documents relied upon for the Commission's report.

Pursuant to Section 132-6(a) of the Public Records Law, please provide all responsive materials as promptly as possible. If photocopies are provided, then LDF respectfully requests a waiver of copying and other fees, as it is a 501(c)(3), non-profit organization seeking these documents in the public interest. The information requested will not be used for commercial purposes. If any portion of this request is denied for any reason, I ask that you inform me of the reasons for such denial in writing, and provide the name, address, and email address of the person or body to whom an appeal should be directed.

— Read less

| | |
|---|---|
| *Received* | **August 21, 2020** via web |
| *Due* | **September 4, 2020** |
| *Departments* | **Police Record Requests** |
| *Requester* | Ashok Chandran |

## Jeremy Glass

| | |
|---|---|
| **From:** | Long, Shannon (COPS) <Shannon.Long@usdoj.gov> |
| **Sent:** | Thursday, April 30, 2020 3:02 PM |
| **To:** | Chapa Anthony |
| **Cc:** | Teresa Ramon; Richard Rosa; Don Tijerina; Mary Ruiz; GVhawkins@ci.fay.nc.us |
| **Subject:** | [EXTERNAL]RE: HAPCOA: Presidential Commission Statement |

Great – thank you!  and I'm terribly sorry I couldn't make the call.  Have a great day!

**Shannon Long**
Assistant Director
Communications Division
U.S. Department of Justice
Office of Community Oriented Policing Services (COPS Office)
Two Constitution Square | 145 N Street, NE | Washington, DC 20530
202.514.2064 | 202.598.7262 (mobile) |  Shannon.Long@usdoj.gov
**Web:** www.cops.usdoj.gov **| Twitter:** @COPSOffice  **| Facebook:** DOJCOPS

**From:** Chapa Anthony <achapa@hapcoa.org>
**Sent:** Thursday, April 30, 2020 2:57 PM
**To:** Long, Shannon (COPS) <slong@cops.usdoj.gov>
**Cc:** Teresa Ramon <Tramon@judsonisd.org>; Richard Rosa <rickisnaqui@hotmail.com>; Don Tijerina
<Don@hapcoasa.com>; Mary Ruiz <maryruizafsa@gmail.com>; GVhawkins@ci.fay.nc.us
**Subject:** HAPCOA: Presidential Commission Statement

Shannon:  Please pass this message and the attached STATEMENT to the Director.  Thank you.


Phil Keith
Director
US DOJ Office of Community Oriented Policing Services
(COPS Office)
Washington, DC

Director Keith: Per our conversation regarding the submission of a WRITTEN STATEMENT (NLT COB April 30, 2020), from the Hispanic American Police Command Officers Association (HAPCOA), submitted to the Presidential Commission of Law Enforcement and the Administration of Justice (Commission), attached please find our response.

Our WRITTEN STATEMENT is focused on the AG's question: " *How can we improve officer recruitment, training, and retention?*" The mission of HAPCOA clearly supports this concern. As we discussed, HAPCOA is indeed interested in working with the Commission and we are available to provide further discussion with respect to this topic.

I hope that you and members of the Commission will find the HAPCOA STATEMENT supportive, informative and focused on how together we can create, recruit, train, promote and retain a diverse law enforcement

community of " *trusted and effective guardians*" of the municipalities, counties, states, and universities that they protect and serve.

Tony

Anthony Chapa
Executive Director
Hispanic American Police Command Officers Association
PO Box 29626
Washington, DC 20017
**www.hapcoa.org**

(202) 664-4461


** CAUTION: External email. Do not click links or open attachments unless sender is verified. Send all suspicious email as an attachment to ITSecurity@ci.fay.nc.us **