# EXHIBIT D

## President's Commission: Draft Chapter Completion

**LECommission**
06/21/2020 at 06:57 PM
**To:**  Details ⌄

| | |
|---|---|
| **From:** | **LECommission** <lecommission@usdoj.gov> |
| **Sent:** | 06/21/2020 at 06:57 PM |
| **To:** | **LECommission** <lecommission@usdoj.gov> |
| **Cc:** | **Chapman, Robert (COPS)** <Robert.Chapman@usdoj.gov>, |
| | **Qazilbash, Ruby (COPS)** <Ruby.Qazilbash2@usdoj.gov>, |
| | **Fachner, George (COPS)** <George.Fachner@usdoj.gov>, |
| | **Bratburd, Barry (COPS)** <Barry.Bratburd@usdoj.gov> |

Display Images    ⚠ For your security, images aren't automatically displayed.

** - EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide sensitive information. Check email for threats per risk training. - **

Dear Working Group Colleagues:

As we start to complete the drafts of the respective chapters, we want to thank you for the countless engagements, interviews, virtual field visits, certainly the recommendations and your tireless commitment to the service for our country. In the coming weeks, the Working Group Chair(s) will determine if the working group's level of study of issues is complete, and will notify the Commission Chair and the respective working group members if the draft is ready for deliberations of the Commission, Department leadership and the Attorney General.   Because of your hard work we are still on track to release a report sometime this fall.

We again thank you for the service to this historic President's Commission, and if the Commission Chair determines additional considerations are warranted we will seek your expertise for guidance.  On behalf of Attorney General Barr, thank you for the many contributions to the work of the Commission.

Sincerely,

Phil Keith, Chair

President's Commission on Law Enforcement and the Administration of Justice