UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, an agency of the United States, <br><br> PRESIDENTIAL COMMISSION ON LAW ENFORCEMENT AND THE ADMINISTRATION OF JUSTICE, an advisory committee established and utilized by Attorney General William Barr, <br><br> PHIL KEITH, in his official capacity as Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, and <br><br> KATHARINE SULLIVAN, in her official capacity as Vice Chair of the Presidential Commission on Law Enforcement and the Administration of Justice, <br><br> Defendants. | Civil Action No. 20-1132 (JDB) |

### [PROPOSED] ORDER

Considering the foregoing Motion to Compel Defendants to Publicly Disclose Documents Required by The Federal Advisory Committee Act filed by Plaintiff, NAACP Legal Defense and Educational Fund, Inc.;

**IT IS HEREBY ORDERED** that the Motion to Compel Defendants to Publicly Disclose Documents Required by The Federal Advisory Committee Act is **GRANTED**, and that within

1

2

thirty days of the date of this Order, Defendants shall publicly disclose documents in all eleven categories of documents named by Plaintiff, withholding only those materials over which they claim a legal privilege or exemption contemplated by 5 U.S.C. § 552(b). Defendants shall disclose such documents and materials in any medium in which they are stored, including text messages.

      **IT IS FURTHER ORDERED** that Defendants shall prepare an index, as appropriate, to accompany their disclosure and provide a detailed explanation of the basis for any documents withheld.

**SO ORDERED.**

Dated: _____.                                    _____
                                                                                        JOHN D. BATES, U.S.D.J.