# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., ) ) ) ) *Plaintiff*, ) ) *v.* ) ) JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States, *et al.*, ) ) ) ) ) *Defendants*. ) ) | Case No. 1:20-cv-1132-JDB |

**FOURTH DECLARATION OF DEAN M. KUETER, JR.**

1. The statements contained herein are based on my personal knowledge and information I obtained while performing my official duties.

2. I served as the Executive Director of the Commission on Law Enforcement and the Administration of Justice ("Commission"), established by the Attorney General of the United States under Executive Order 13896, 84 Fed. Reg. 58,595 (Oct. 28, 2019). I am employed by the United States Department of Justice ("DOJ")–Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), where I am the Chief of the Intergovernmental Affairs Division. I am on an extended special assignment from ATF to DOJ's Office of Legislative Affairs ("OLA") where I serve as a Law Enforcement Advisor in the State and Local Law Enforcement Coordination Section. I was appointed as Executive Director of the Commission in December 2019.

3. While the Commission was operational, the Commission staff periodically posted information on DOJ's public website regarding Commission activities. Those materials included the Commission's founding documents, all Commission hearing transcripts and audio recordings,

recordings, all Commission hearing agendas, and all bios and testimony of witnesses who appeared at Commission hearings, and all hearing summaries that were prepared regarding Commission hearings. All such materials have been posted are remain available on DOJ's website.

4. After this Court determined that the Commission was subject to the Federal Advisory Committee Act, and on advice of counsel, the remaining DOJ staff tending to the Commission's residual business conducted a search for all communications and other documents that were shared with the full Commission. Those materials include all draft portions of report chapters distributed to the full Commission, decision matrices to resolve comments on drafts submitted by individual Commissioners, agendas for telephonic meetings to discuss report chapters, proposed questions for Commissioners to pose to witnesses at hearings, and administrative emails related to Commission business.

5. To the best of my knowledge following a search designed to locate all such materials, all information that was considered by the Commission as a whole is now publicly available on DOJ's website.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: 19 Jan 2021

DEAN M. KUETER, JR.