# Exhibit B

| Agency/Commission | Wesbite | Meeting Agenda | Meeting Minutes/ Transcripts/Summary | Recommendations/Report | Founding Documents | Meeting Notice | Other |
|---|---|---|---|---|---|---|---|
| Department of Education/National Advisory Committee on Institutional Quality and Integrity | https://sites.ed.gov/naciqi/archive-of-meetings/ | x | x | x | x | x | Written Meeting Statements<br>Meeting Powerpoint Presentations<br>Request for Written Comments |
| Office of National Drug Control Policy/Commission on Combating Drug Addiction and the Opioid Crisis | https://www.whitehouse.gov/ondcp/presidents-commission/meetings/ | x | x | x | | x | Meeting videos<br>Written Meeting Statements |
| Office of Personnel Management/Federal Salary Council | https://www.opm.gov/policy-data-oversight/pay-leave/pay-systems/general-schedule/#url=Federal-Salary-Council | | x | x | | | |
| Office of Personnel Management/Federal Prevailing Rate Advisory Committee | https://www.opm.gov/policy-data-oversight/pay-leave/pay-systems/federal-wage-system/#url=FPRAC | | x | x | x | | |
| Federal Communications Commission/Broadband Deployment Advisory Committee | https://www.fcc.gov/broadband-deployment-advisory-committee | x | | x | x | x | Notices of New Appointments<br>Meeting Presentations<br>Meeting Videos<br>Meeting Discussion and Report Drafts |
| Federal Communications Commission/Consumer Advisory Committee | https://www.fcc.gov/consumer-advisory-committee | x | x | x | x | x | Group Rosters  Meeting Videos |
| Federal Deposit Insurance Corporation/Advisory Committee on Community Banking | https://www.fdic.gov/communitybanking/ | x | x | | x | x | Meeting Videos |
| Environmental Protection Agency/Children's Health Protection Advisory Committee | https://www.epa.gov/children/childrens-health-protection-advisory-committee-chpac | x | | x | x | x | Email Contact to Obtain Meeting Materials<br>Comment Letters |
| Environmental Protection Agency/Human Studies Review Board | https://www.epa.gov/osa/human-studies-review-board | x | x | x | x | x | List of meeting documents that can be requested through FOIA |
| Environmental Protection Agency/Science Advisory Committee on Chemicals | https://www.epa.gov/tsca-peer-review | x | x | | x | | Member Professional Descriptions<br>Meeting Presentation Materials Ethics Training Material |
| Department of Treasury/Internal Revenue Service Advisory Council | https://www.irs.gov/tax-professionals/internal-revenue-service-advisory-council-facts | | | x | x | | Membership Balance Plan<br>Member Biographies |
| Department of Treasury/Financial Research Advisory Committee | https://www.financialresearch.gov/frac/ | x | x | x | x | x | Presentation Materials<br>Member Biographies |
| President's Council on Jobs and Competitiveness | https://obamawhitehouse.archives.gov/administration/advisory-boards/jobs-council | | x | | | | Meeting Videos<br>Meeting Transcripts |
| Office of Science and Technology Policy/ President's Council of Advisors on Science and Technology | https://obamawhitehouse.archives.gov/administration/eop/ostp/pcast | x | x | x | | | Meeting Videos<br>Meeting Presentation Powerpoints |
| The President's Management Advisory Board | https://obamawhitehouse.archives.gov/administration/advisory-boards/pmab | x | | x | x | | Meeting Video<br>Meeting Powerpoint Presentation |
| Department of State/Advisory Committee on International Economic Policy | https://2001-2009.state.gov/e/eeb/adcom/c666.htm | x | x | x | x | | Meeting Powerpoint Presentations |
| Department of State/U.S. Advisory Commission on Public Diplomacy | https://www.state.gov/pdcommission/ | | x | x | x | | Committee Member List |
| Department of Housing and Urban Development/Housing Counseling Federal Advisory Committee | https://www.hudexchange.info/programs/housing-counseling/federal-advisory-committee/ | x | x | x | x | x | Meeting Videos<br>Meeting Powerpoint Presentations |
| Department of Homeland Security/Homeland Security Academic Advisory Council | https://www.dhs.gov/homeland-security-academic-advisory-council-hsaac | x | x | x | x | | Meeting Handout Materials<br>Committee Member List<br>Press Releases and Blog Posts |
| Department of Homeland Security/Technical Mapping Advisory Council | https://www.fema.gov/technical-mapping-advisory-council | x | x | x | x | x | Reading Materials and Reference List |